UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.3:24-md-03101-JSC<br><br>MDL 3101<br><br>**PRETRIAL ORDER NO. 2: ORDER APPOINTING LEADERSHIP AND STEERING COMMITTEE MEMBERS** |

The Court has received a number of applications for Plaintiffs' leadership positions in this MDL. Having considered the diversity and number of cases filed (or anticipated to be filed) in this MDL, the claims and injuries asserted in those cases, and having had the opportunity to hear from the applicants on May 16, 2024, the Court APPOINTS the following individuals to the Plaintiffs' Steering Committee of this MDL.

**CO-LEAD COUNSEL:** Aimee Wagstaff and Robert Brent Wisner.

**PLAINTIFFS' LIAISON COUNSEL:** Monique Alarcon.

**PLAINTIFFS' STEERING COMMITTEE:** Timothy Jackson, Laura Stemkowski, Anthony Russo, William Sykes, Mary Raybon, Mark DiCello, William Smith, Madeleine Clavier, Diane Watkins, Emily DeVuono, Joseph Masterman, Steven Brady, Tracy Turner, Tiffany Ellis, Alexandra Walsh, and Pedram Esfandiary.

In general, **Co-Lead Counsel** are responsible for coordinating the activities of Plaintiffs during pretrial proceedings and shall:

(a) determine (after such consultation with other members of Plaintiffs' Steering Committee and other co-counsel as may be appropriate) and present to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

(b) coordinate the scheduling and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2), and 26(g), as well as the development of platforms to allow for equitable and efficient use of discovery secured through this MDL;

(c) suggest, in consultation with Defendants, the ordering, priority, and response to pending and anticipated motions;

(d) coordinate, at the appropriate juncture, the selection of trial team(s) and selection of cases to resolve common issues and "bellweather" trials;

(e) conduct settlement negotiations on behalf of Plaintiffs, but not enter binding agreements except to the extent expressly authorized;

(f) delegate specific tasks to PSC Members and other counsel in a manner to ensure that pretrial preparation for the Plaintiffs is conducted efficiently and effectively;

(g) enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

(h) prepare and distribute periodic status reports to the Court and parties;

(i) monitor time and expenses of all Plaintiffs' counsel consistent with the mandates of Common Benefit Orders entered by the Court and administer the Common Benefit Fund to ensure that the litigation moves forward expeditiously while unnecessary expenditures of time and funds are avoided; and

(j) perform such other duties as may be necessary for effective and efficient coordination of Plaintiffs' pretrial activities or as authorized by further order of the Court.

In general, Plaintiffs' Liaison Counsel and Plaintiffs' Steering Committee Members shall consult with and operate with the guidance of Co-Lead Counsel.

The appointment as **Co-Lead Counsel**, **Liaison Counsel**, or a **general PSC Member** is a personal appointment. The appointees cannot be substituted by other attorneys, including members of the appointee's law firm, except with my prior approval. The PSC appointments may be revoked or amended at any time by my order.

I authorize **Co-Lead Counsel** to appoint, without my prior approval, members of the PSC or other counsel to do such work as they deem necessary to the most effective and efficient management of this litigation.

2

The Court also APPOINTS Brooke Killian Kim as **Defendants' Liaison Counsel**.

**IT IS SO ORDERED.**

Dated: May 16, 2024

JACQUELINE SCOTT CORLEY
United States District Judge