# APPENDIX A

# A. Beech-Nut Products

### Jars

1  Stage 1 Apple
2  Stage 1 Banana
3  Stage 1 Beef & Beef Broth
4  Stage 1 Butternut Squash
5  Stage 1 Carrots
6  Stage 1 Chicken & Chicken Broth
7  Stage 1 Green Beans
8  Stage 1 Organics Apple
9  Stage 1 Organics Carrots
10 Stage 1 Organics Pear
11 Stage 1 Organics Sweet Potato
12 Stage 1 Organics Prunes
13 Stage 1 Organics Pumpkin
14 Stage 1 Pear
15 Stage 1 Prunes
16 Stage 1 Sweet Potato
17 Stage 1 Turkey & Turkey Broth
18 Stage 2 Apple
19 Stage 2 Apple & Banana
20 Stage 2 Apple & Blackberries
21 Stage 2 Apple & Blueberries
22 Stage 2 Apple & Kale
23 Stage 2 Apple, Cinnamon & Granola
24 Stage 2 Apple, Mango & Kiwi
25 Stage 2 Apple, Pear & Banana
26 Stage 2 Banana
27 Stage 2 Banana & Strawberries
28 Stage 2 Banana, Blueberries & Green beans
29 Stage 2 Banana, Orange & Pineapple
30 Stage 2 Carrots, Sweet Corn & Pumpkin
31 Stage 2 Chicken, Apple & Carrot
32 Stage 2 Chicken, Apple & Corn
33 Stage 2 Chicken, Pear & Zucchini
34 Stage 2 Corn & Sweet Potato
35 Stage 2 Garden Vegetables
36 Stage 2 Guava, Pear & Strawberries
37 Stage 2 Mango
38 Stage 2 Mango, Apple & Avocado
39 Stage 2 Mixed Vegetables
40 Stage 2 Organics Apple, Kiwi & Spinach
41 Stage 2 Organics Apple, Pumpkin & Granola
42 Stage 2 Organics Apple, Raspberries & Avocado

# A. Beech-Nut Products

43    Stage 2 Organics Banana
44    Stage 2 Organics Banana, Cinnamon & Granola
45    Stage 2 Organics Banana, mango & Sweet Potato
46    Stage 2 Organics Butternut Squash & Sweet Corn
47    Stage 2 Organics Pear, Kale & Cucumber
48    Stage 2 Peach
49    Stage 2 Pear
50    Stage 2 Pear & Blueberries
51    Stage 2 Pear & Pineapple
52    Stage 2 Pear & Raspberries
53    Stage 2 Peas, Green Beans & Asparagus
54    Stage 2 Pineapple, Pear & Avocado
55    Stage 2 Pumpkin & Cinnamon
56    Stage 2 Spinach, Zucchini & Peas
57    Stage 2 Squash
58    Stage 2 Sweet Carrots
59    Stage 2 Sweet Corn & Green Beans
60    Stage 2 Sweet Peas
61    Stage 2 Sweet Potato
62    Stage 2 Turkey, Apple & Sweet Potato
63    Stage 3 Naturals Superblends Apple, Yogurt, Cinnamon & Oat
64    Stage 3 Naturals Superblends Banana, Chickpea & Kale
65    Stage 3 Naturals Superblends Carrot, Corn & Chickpea
66    Stage 3 Naturals Superblends Mango, Carrot, Yogurt & Oat
67    Stage 3 Organics Sweet Potato & Barley

**Pouches**
68    Stage 2 Apple & Kale
69    Stage 2 Apple, Mango & Carrot
70    Stage 2 Apple, Mango & Spinach
71    Stage 2 Apple, Peach & Strawberries
72    Stage 2 Apple, Pumpkin & Cinnamon
73    Stage 2 Apple, Sweet Potato & Pineapple
74    Stage 2 Banana, Apple & Blueberries
75    Stage 2 Banana, Apple & Strawberry
76    Stage 2 Banana, Blueberries & Avocado
77    Stage 2 Banana, Cinnamon & Granola
78    Stage 2 Banana, Pear & Sweet Potato
79    Stage 2 Carrot Zucchini & Pear
80    Stage 2 Carrot, Apple & Pineapple
81    Stage 2 Peach, Apple & Banana
82    Stage 2 Pear, Banana & Raspberries
83    Stage 2 Pear, Mango & Squash

# A. Beech-Nut Products

84    Stage 2 Pumpkin, Zucchini & Apple
85    Stage 2 Squash, Peas & Pears
86    Stage 2 Zucchini, Spinach & Banana
87    Stage 3 Apple, Yogurt, Cinnamon & Oat
88    Stage 4 Yogurt, Banana & Mixed Berry
89    Stage 4 Yogurt, Banana & Strawberry

### <u>Cereals</u>
90    Multigrain Cereal
91    Oatmeal Cereal
92    Organic Oatmeal Cereal
93    Rice Cereal

### <u>Bars</u>
94    Apple & Spinach Fruit & Veggie
95    Banana & Pumpkin Fruit & Veggie
96    Banana Fuity Oat
97    Strawberry Fruity Oat

### <u>Yogurt Melts</u>
98    Apple & Pumpkin Fruit & Veggie
99    Apple, Carrot, Mango & Yogurt Melties with Probiotics
100    Banana, Blueberry & Green Beans Fruit & Veggie
101    Pear, Mango, Spinach & Yogurt Melties with Probiotics
102    Strawberry, Apple & Yogurt

### <u>Baked Crisps</u>
103    Sweet Potato

# B. Gerber Products

### Baby Formula

1   Good Start A2 Powder Infant Formula
2   Good Start A2 Toddler Drink
3   Good Start Extensive HA Powder Infant Formula
4   Good Start Gentle Powder Infant Formula
5   Good Start GentlePro 2 Powder Infant Formula
6   Good Start GentlePro Concentrated Liquid Infant Formula
7   Good Start GentlePro Powder Infant Formula
8   Good Start GentlePro Ready to Feed Infant Formula
9   Good start GentlePro Ready to Feed Infant Formula Nursers
10  Good Start Grow Nutritious Toddler Drink Powder
11  Good Start SmoothePro Powder Infant Formula
12  Good Start Soy 2 Powder Infant & Toddler Formula
13  Good Start Soy Powder Infant Formula
14  Good Start Soy Ready Feed Infant Formula Nursers
15  Good Start Soy Ready to Feed Infant Formula
16  NAN Pro Infant Formula
17  NAN Pro Toddler Drink

### Jars and Tubs

18  Stage 1 - 1st Butternut Squash
19  Stage 1 - 1st Carrot
20  Stage 1 - 1st Foods Apple
21  Stage 1 - 1st Foods Banana
22  Stage 1 - 1st Foods Prune
23  Stage 1 - 1st Foods Sweet Potato
24  Stage 1 - 1st Green Bean
25  Stage 1 - 1st Natural Apple
26  Stage 1 - 1st Natural Banana
27  Stage 1 - 1st Pea
28  Stage 1 - 1st Peach
29  Stage 1 - 1st Pear
30  Stage 2 - 2nd Apple Avocado
31  Stage 2 - 2nd Apple Banana with Mixed Cereal
32  Stage 2 - 2nd Banana Plum Grape
33  Stage 2 - 2nd Foods Apple
34  Stage 2 - 2nd Foods Apple Banana with Oatmeal
35  Stage 2 - 2nd Foods Apple Blueberry
36  Stage 2 - 2nd Foods Apple Strawberry Banana
37  Stage 2 - 2nd Foods Apricot Mixed Fruit
38  Stage 2 - 2nd Foods Banana
39  Stage 2 - 2nd Foods Banana Apple Pear
40  Stage 2 - 2nd Foods Banana Blackberry Blueberry
41  Stage 2 - 2nd Foods Banana Carrot Mango
42  Stage 2 - 2nd Foods Banana Orange Medley
43  Stage 2 - 2nd Foods Banana Pear Zucchini
44  Stage 2 - 2nd Foods Beef and Gravy
45  Stage 2 - 2nd Foods Butternut Squash
46  Stage 2 - 2nd Foods Carrot

# B. Gerber Products

47    Stage 2 - 2nd Foods Carrot Potato Pea
48    Stage 2 - 2nd Foods Chicken and Gravy
49    Stage 2 - 2nd Foods Cinnamon with Oatmeal
50    Stage 2 - 2nd Foods Green Bean
51    Stage 2 - 2nd Foods Ham and Gravy
52    Stage 2 - 2nd Foods Mango
53    Stage 2 - 2nd Foods Pea
54    Stage 2 - 2nd Foods Peach
55    Stage 2 - 2nd Foods Pear
56    Stage 2 - 2nd Foods Pear Pineapple
57    Stage 2 - 2nd Foods Prune Apple
58    Stage 2 - 2nd Foods Sweet Potato
59    Stage 2 - 2nd Foods Sweet Potato Turkey with Whole Grains Dinner
60    Stage 2 - 2nd Foods Turkey and Gravy
61    Stage 2 - 2nd Natural Apple Zucchini Peach
62    Stage 2 - 2nd Natural Spinach Kale
63    Stage 2 - 2nd Pear Guava
64    Stage 3 - 3rd Banana Blueberry Rice pudding
65    Stage 3 - 3rd Garden Veggies & Rice
66    Stage 3 - 3rd Pasta Marinara
67    Stage 3 - 3rd Pasta Primavera

**<u>Pouches</u>**

68    Toddler Pouched Organic Banana Mango
69    Toddler Pouches Apple Mango Strawberry
70    Toddler Pouches Banana Blueberry
71    Toddler Pouches Banana Blueberry Purple Carrot Greek Yogurt Purple Carrot Greek Yogurt Mixed Grains
72    Toddler Pouches Banana Pear Zucchini
73    Toddler Pouches Fruit & Yogurt Peaches & Cream
74    Toddler Pouches Fruit & Yogurt Strawberry Banana
75    Toddler Pouches Fruit & Yogurt Very Berry
76    Toddler Pouches Natural Apple Pear Peach
77    Toddler Pouches Natural Apple Sweet Potato with Cinnamon
78    Toddler Pouches Organic Apple Mango Raspberry Avocado Oatmeal
79    Toddler Pouches Organic Apple Purple Carrot Blueberry with Yogurt
80    Toddler Pouches Organic Banana Mango Avocado Quinoa Vanilla
81    Toddler Pouches Organic Banana Raspberry & Yogurt with Vanilla
82    Toddler Pouches Organic Banana Strawberry Beet Oatmeal
83    Toddler Pouches Organic Mango Peach Carrot Sweet Potato Oatmeal
84    Stage 2 - 2nd Foods Pouches Apple Strawberry Banana
85    Stage 2 - 2nd Foods Pouches Natural Banana
86    Stage 2 - 2nd Foods Pouches Organic Apple Blueberry Spinach
87    Stage 2 - 2nd Foods Pouches Organic Apple Carrot Squash
88    Stage 2 - 2nd Foods Pouches Organic Apple Kale Fig
89    Stage 2 - 2nd Foods Pouches Organic Apple Peach
90    Stage 2 - 2nd Foods Pouches Organic Apple Raspberry Acai Berry
91    Stage 2 - 2nd Foods Pouches Organic Apple Zucchini Spinach Strawberry
92    Stage 2 - 2nd Foods Pouches Organic Banana Acai Berry Mixed Grain
93    Stage 2 - 2nd Foods Pouches Organic Banana Blueberry Blackberry Oatmeal

# B. Gerber Products

94  Stage 2 - 2nd Foods Pouches Organic Carrot Apple Mango
95  Stage 2 - 2nd Foods Pouches Organic Pear Mango Avocado
96  Stage 2 - 2nd Foods Pouches Organic Pear Peach Strawberry
97  Stage 2 - 2nd Foods Pouches Organic Purple Carrot Banana Acai Cardamom
98  Stage 2 - 2nd Foods Pouches Organic Squash Apple Sweet Potato
99  Stage 2 - 2nd Foods Pouches Organic Squash Pear Peach with Basil

### Cereals
100  Apple Cinnamon Oatmeal & Barley Cereal
101  Banana & Cream Oatmeal & Barley Cereal
102  Banana Apple Strawberry Multigrain Cereal
103  DHA & Probiotic Rice Cereal
104  Lil'Bits Oatmeal Banana Strawberry Cereal
105  Multi Grain Cereal
106  Multigrain Cereal
107  Oatmeal
108  Oatmeal Banana Probiotic Cereal
109  Organic Oatmeal
110  Organic Oatmeal Banana Cereal
111  Organic Oatmeal Millet Quinoa Cereal
112  Organic Single-Grain Rice
113  Probiotic Oatmeal, Lentil, Carrots & Peas
114  Probiotic Rice Banana Apple Cereal
115  Single Grain Rice Cereal
116  Whole Wheat Apple Blueberry Cereal
117  Whole Wheat Cereal

### Puffs Snacks
118  Apple Cinnamon Puffs
119  Apple Sweet Potato Lil' Crunchies
120  Banana Puffs
121  Blueberry Puffs
122  Cranberry Orange Organic Puffs
123  Fig Berry Organic Puffs
124  Garden Tomato Lil' Crunchies
125  Mild Cheddar Lil' Crunchies
126  Organic Apple Puffs
127  Organic Banana Raspberry Baby Pops
128  Organic Lil' Crunchies White Bean Hummus
129  Organic Lil' Crunchies White Cheddar Broccoli
130  Peach Puffs
131  Ranch Lil' Crunchies
132  Strawberry Apple Puffs
133  Sweet Potato Puffs
134  Vanilla Maple Lil' Crunchies
135  Vanilla Puffs
136  Veggie Dip Lil' Crunchies

# B. Gerber Products

### Biscuits and Cookies

137 Animal Crackers
138 Arrowroot Biscuits
139 Banana Cookies
140 Lil' Biscuits
141 Organic Honey Biscuits

### Grain Bars

142 Apple Cinnamon Soft Baked Grain Bars
143 Banana Mango Organic Grain & Grow Soft Baked Grain Bars
144 Date & Carrot Organic Date & Carrot Fruit & Veggie Bars
145 Organic Raspberry Pomegranate Grain & Grow Soft Baked Grain Bars
146 Strawberry Banana Soft Baked Grain Bars

### Teethers/Wafers

147 Apple Harvest Teether Wheels
148 Banana Cream Teether Wheels
149 Banana Peach Teethers
150 Banana Soothe 'n' Chew
151 Banana Yogurt Blends Snacks
152 Blueberry with Whole Grains Yogurt Blends Snack
153 Mango Banana Carrot Organic Teethers
154 Mango Raspberry Teethers
155 Organic Teethers Blueberry Apple Beet
156 Peach Yogurt Melts
157 Strawberry Apple Spinach Teethers
158 Strawberry Banana Yogurt Blends Snack

# C. Hain Products

### **Baby Formula**

1    Non-GMO Plant Based Soy Baby Formula
2    Organic Dairy – No Added DHA Infant Formula with Iron Organic Milk-Based Powder
3    Organic Dairy Infant Formula with Iron Milk-Based Powder
4    Organic Gentle Infant Formula with Iron Milk-Based Powder
5    Organic Sensitivity Infant Formula with Iron Milk-Based Powder
6    Organic Toddler Milk Drink Powder

### **Jars**

7    Apple Butternut Squash
8    Apple Cinnamon Oatmeal
9    Apples
10    Apples & Apricots
11    Apples & Blueberries
12    Apples & Plums
13    Banana Mango
14    Bananas
15    Bananas Peaches & Raspberries
16    Carrots
17    Chicken & Chicken Broth
18    Chicken & Rice
19    Corn & Butternut Squash
20    Peach Oatmeal Banana
21    Pears
22    Pears & Mangos
23    Pears & Raspberries
24    Peas
25    Sweet Potato Apricot
26    Sweet Potato Chicken
27    Sweet Potatoes
28    Tender Chicken & Stars
29    Turkey & Turkey Broth
30    Vegetable Turkey
31    Winter Squash

### **Pouches**

32    Apple Peach Oatmeal Fruit and Grain Puree
33    Apple Strawberry Baby Food Puree
34    Apple Sweet Potato Pumpkin Blueberry Baby Food Puree
35    Banana Blueberry Banana Food Puree
36    Banana Raspberry Brown Rice Fruit and Grain Puree
37    Beef Medley
38    Butternut Squash Pear Baby Food Puree

# C. Hain Products

| | |
|---|---|
| 39 | Carrots & Broccoli Veggie Puree |
| 40 | Cheesy Past with Veggies |
| 41 | Chicken Casserole |
| 42 | Chicken Pot Pie |
| 43 | Four Bean Feast Organic Protein Pouch |
| 44 | Orange Banana Baby Food Puree |
| 45 | Pasta with Tomato & White Bean |
| 46 | Peach Mango Baby Food Puree |
| 47 | Pear Carrot Apricot Baby Food Puree |
| 48 | Pumpkin & Spinach Veggie Puree |
| 49 | Spinach Lentil and Brown Rice Veggie & Protein Puree |
| 50 | Squash & Sweet Peas Veggie Puree |
| 51 | Sweet Garbanzo Barley Veggie & Protein Puree |
| 52 | Sweet Potato & Beets Veggie Puree |
| 53 | Sweet Potato Apple Baby Food Puree |
| 54 | Turkey Quinoa Apple Sweet Potato |
| 55 | Veggie Lentil Bake Organic Protein Pouch |
| 56 | Wholesome Breakfast Apple Raisin |
| 57 | Wholesome Breakfast Blueberry Banana |
| 58 | Wholesome Breakfast Strawberry Peach Pear with Yogurt Oat & Quinoa Baby Puree |
| 59 | Wholesome Breakfast Sweet Potato Cinnamon |

**Cereals**

| | |
|---|---|
| 60 | Organic Rice Cereal Babies First Solid Food |
| 61 | Organic whole Grain Multi – Grain Cereal |
| 62 | Organic Whole Grain Oatmeal Cereal |

**Snacks**

| | |
|---|---|
| 63 | Apple Sunny Days Snack Bars |
| 64 | Blueberry Breakfast Biscuits |
| 65 | Honey Crunchin'Grahams |
| 66 | Oatmeal Cinnamon Organic Letter of the Day Cookies |
| 67 | Organic Crunchin'Crackers |
| 68 | Organic Garden Veggie Straws |
| 69 | Organic Peanut Butter Puffs |
| 70 | Strawberry Sunny Days Snack Bars |
| 71 | Sweet Potato Carrot Sunny Days Snack Bars |
| 72 | Veggie Crunchin'Crackers |

**Frozen Entrees and Meals**

| | |
|---|---|
| 73 | Frozen Baked Chicken Nuggets Value Size |
| 74 | Frozen Baked Chicken Nuggets |
| 75 | Frozen Baked Popcorn Chicken Nuggets |

# C. Hain Products

76    Frozen Gluten Free Broccoli & Cheese Nuggets
77    Frozen Gluten Free Veggie Nuggets
78    Frozen Mini Beef Meatballs
79    Frozen Plant Based Protein Nuggets
80    Organic Frozen Chicken Fries
81    Organic Frozen Mini Pancakes Blueberry

**<u>Fruit Yogurt Smoothies</u>**
82    Mixed Berry Fruit Yogurt Smoothie
83    Peach Banana Fruit Yogurt Smoothie
84    Pear Mango Fruit Yogurt Smoothie
85    Pineapple Orange Banana Fruit Yogurt Smoothie
86    Strawberry Banana Fruit Yogurt Smoothie

**<u>Electrolyte Solution</u>**
87    Apple Orange Electrolyte Solution
88    Grape Electrolyte Solution

# D. Nurture Products

### Baby Formula

1    Stage 1 Modeled After Breast Milk
2    Stage 1 Sensitive
3    Stage 2 Modeled After Breast Milk

### Jars

4    Apple & Spinach
5    Apples & Blueberries
6    Apples, Mangos & Beets
7    Apples, Oats & Cinnamon
8    Bananas & Strawberries
9    Bananas & Sweet Potatoes
10   Bananas, Blueberries & Beets
11   Carrots
12   Carrots & Peas
13   Green Beans
14   Pears
15   Pears & Kale
16   Pears & Prunes
17   Pears, Mangos & Spinach
18   Pears, Pineapple & Avocado
19   Sweet Potatoes

### Pouches

20   Stage 1 Mangos
21   Stage 1 Prunes
22   Stage 2 Apple, Kale & Oats
23   Stage 2 Apples & Carrots
24   Stage 2 Apples, Blueberries & Oats
25   Stage 2 Apples, Guavas & Beets
26   Stage 2 Apples, Kale & Avocados
27   Stage 2 Apples, Pumpkin & Carrots
28   Stage 2 Apples, Spinach & Kale
29   Stage 2 Apples, Sweet Potatoes & Granola
30   Stage 2 Bananas, Beets & Blueberries
31   Stage 2 Bananas, Pineapple, Avocado & Granola
32   Stage 2 Bananas, Plums & Granola
33   Stage 2 Bananas, Raspberries & Oats
34   Stage 2 Bananas, Sweet Potatoes & Papayas
35   Stage 2 Black Beans, Beets & Bananas
36   Stage 2 Broccoli & Carrots with Olive Oil + Garlic
37   Stage 2 Carrots, Strawberries & Chickpeas
38   Stage 2 Green Beans, Spinach & Pears

# D. Nurture Products

| | |
|---|---|
| 39 | Stage 2 Pear, Raspberries & Oats |
| 40 | Stage 2 Pears, Kale & Spinach |
| 41 | Stage 2 Pears, Mangos & Spinach |
| 42 | Stage 2 Pears, Peas & Broccoli |
| 43 | Stage 2 Pears, Pumpkin & Passion Fruit |
| 44 | Stage 2 Pears, Pumpkin, Peaches & Granola |
| 45 | Stage 2 Pears, Squash & Blackberries |
| 46 | Stage 2 Pears, Squash & Oats |
| 47 | Stage 2 Pears, Zucchini & Peas |
| 48 | Stage 2 Peas, Bananas & Kiwi |
| 49 | Stage 2 Purple Carrot & Cauliflower with Avocado Oil + Oregano |
| 50 | Stage 2 Purple Carrots, Bananas, Avocados & Quinoa |
| 51 | Stage 2 Squash, Chickpeas & Spinach with Avocado Oil & Sage |
| 52 | Stage 2 Squash, Pears & Apricots |
| 53 | Stage 2 Sweet Potatoes with Olive Oil +Rosemary |
| 54 | Stage 2 Sweet Potatoes, Mangos & Carrots |
| 55 | Stage 2 Zucchini, Apples, Peas, Quinoa & Basil |
| 56 | Stage 3 Harvest Vegetables & Chicken with Quinoa |
| 57 | Stage 3 Root Vegetables & Turkey with Quinoa |
| 58 | Stage 3 Vegetables & Beef medley with Quinoa |
| 59 | Stage 4 Apples & butternut Squash + Super Chia |
| 60 | Stage 4 Apples, Acai, Coconut Milk & Oats + Super Chia |
| 61 | Stage 4 Apples, Cinnamon, Yogurt & Oats |
| 62 | Stage 4 Apples, Mangos & Kale + Super Chia |
| 63 | Stage 4 Apples, Spinach, Peas & Broccoli + Super Chia |
| 64 | Stage 4 Apples, Sweet Potatoes, Carrots & Cinnamon + Super Chia |
| 65 | Stage 4 Bananas, Beets & Strawberries |
| 66 | Stage 4 Bananas, Beets, Squash & Blueberries |
| 67 | Stage 4 Bananas, Blueberries, Yogurt & Oats |
| 68 | Stage 4 Bananas, Carrots & Strawberries |
| 69 | Stage 4 Bananas, Dragonfruit, Coconut milk & Oats + Super Chia |
| 70 | Stage 4 Bananas, Mangos & Spinach |
| 71 | Stage 4 Bananas, Peaches & Mangos + Super Chia |
| 72 | Stage 4 Bananas, Spinach & Blueberries |
| 73 | Stage 4 Carrots, Bananas, Mangos & Sweet Potatoes |
| 74 | Stage 4 Pears, Bananas, Sweet Potato & Pumpkin + Super Chia |
| 75 | Stage 4 Pears, Beets & Blackberries |
| 76 | Stage 4 Pears, Beets & Blueberries + Super Chia |
| 77 | Stage 4 Pears, Blueberries & Spinach |
| 78 | Stage 4 Pears, Green Beans & Peas + Super Chia |
| 79 | Stage 4 Pears, Kiwi & Kale |
| 80 | Stage 4 Pears, Mangos & Spinach + Super Chia |
| 81 | Stage 4 Pears, Peaches, Pumpkin & Apples |

# D. Nurture Products

82      Stage 4 Pears, Raspberries, Carrots & Butternut Squash
83      Stage 4 Spinach, Apples, Sweet Potatoes & Kiwi
84      Stage 4 Zucchini, Pears, Chickpeas & Kale


**<u>Cereals</u>**
85      Oatmeal
86      Oats & Quinoa


**<u>Puffs</u>**
87      Apple & Broccoli
88      Banana & Pumpkin
89      Kale & Spinach
90      Purple Carrot & Blueberry
91      Strawberry & Beet
92      Sweet Potato & Carrot


**<u>Snacks</u>**
93      Creamies Apple, Spinach, Pea & Kiwi
94      Creamies Strawberry, Raspberry & Carrot
95      Greek Yogis Banana Mango
96      Greek Yogis Blueberry & Purple Carrot
97      Greek Yogis Mixed Berry
98      Greek Yogis Strawberry
99      Greek Yogis Strawberry Banana
100     Snackers Creamy Spinach & Carrot
101     Snackers Tomato & Basil
102     Teethers Apple, Carrot & Cinnamon Muffin
103     Teethers Blueberry & Purple Carrot
104     Teethers Mango & Pumpkin with Amaranth
105     Teethers Pancake & Waffle Mix
106     Teethers Pea & Spinach
107     Teethers Strawberry & Beet with Amaranth
108     Teethers Sweet Potato & Banana
109     Teethers Waffle/Muffin Mix


**<u>Bars</u>**
110     Apple + Cinnamon Fruit & Oat
111     Banana + Chocolate Fruit & Oat
112     Bananas & Carrots
113     Blueberry & Raspberry Fruit & Oat
114     Mango & Sweet Potato Fruit, Veggie & Oat
115     Raspberry & Butternut Squash Fruit, Veggie & Oat

# D. Nurture Products

### **<u>Bowls</u>**

116    Beef & Quinoa Fiesta with vegetable Salsa
117    Cheese & Spinach Ravioli
118    Cheesy Lentils & Quinoa
119    Mac & Cheese
120    Squash Ravioli
121    Turkey Bolognese
122    Veggies & Wild Rice with Mushrooms & Parmesan Bowl

### **<u>Cookies</u>**

123    Cinnamon & Sweet Potato + Flaxseed Multi-grain
124    Vanilla Oat + Flaxseed Multi-grain

# E. Plum Products

**Pouches**

1   Stage 1 Peaches
2   Stage 1 Sweet Potato
3   Stage 1 Mangos
4   Stage 1 Prunes
5   Stage 2 Pear, Blueberry, Avocado & Granola
6   Stage 2 Strawberry, Banana & Granola
7   Stage 2 Mango, Carrot & Coconut Cream
8   Stage 2 Butternut Squash, Carrot, Chickpea & Corn
9   Stage 2 Peach, Banana & Apricot
10   Stage 2 Sweet Potato, Apple & Corn
11   Stage 2 Apple & Carrot
12   Stage 2 Guava, Pear & Pumpkin
13   Stage 2 Apple, Spinach & Avocado
14   Stage 2 Apple, Raisin & Quinoa
15   Stage 2 Apple, Blackberry & Coconut Cream
16   Stage 2 Banana & Pumpkin
17   Stage 2 Apple, Raspberry, Spinach & Greek Yogurt
18   Stage 2 Pea, Kiwi, Pear & Avocado
19   Stage 2 Pear, Green Bean & Greek Yogurt
20   Stage 2 Pear & Mango
21   Stage 2 Peach, Pumpkin, Carrot & Cinnamon
22   Stage 2 Banana, Zucchini & Amaranth
23   Stage 2 Mango, Sweet Potato, Apple & Millet
24   Stage 2 Mango, Yellow Zucchini, Corn & Turmeric
25   Stage 2 Apple & Broccoli
26   Stage 2 Apple, Plum, Berry & Barley
27   Stage 2 Pear, Spinach & Pea
28   Stage 2 Apple, Cauliflower & Leek
29   Stage 2 Carrots, Beans, Spinach & Tomato
30   Stage 2 Pumpkin, Spinach, Chickpea & Broccoli
31   Stage 2 Kale, Corn, Carrot & Tomato
32   Stage 2 Pear, Purple Carrot & Blueberry
33   Stage 3 Carrot, Spinach, Turkey, Corn, Apple & Potato
34   Stage 3 Carrot, Sweet Potato, Corn, Pea, Chicken
35   Stage 3 Carrot, Chickpea, Pea, Beef & Tomato
36   Stage/Mighty 4 Banana, Blueberry, Sweet Potato, Carrot, Greek Yogurt & Millet
37   Stage/Mighty 4 Banana, Kiwi, Spinach, Greek Yogurt & Barley
38   Stage/Mighty 4 Banana, Peach, Pumpkin, Carrot, Greek Yogurt & Oats
39   Stage/Mighty 4 Guava, Pomegranate, Black Bean, Carrot & Oat
40   Stage/Mighty 4 Mango, Pineapple, White Bean, Butternut Squash & Oats
41   Stage/Mighty 4 Pear, Cherry, Blackberry, Strawberry, Black Bean, Spinach & Oats
42   Stage/Mighty 4 Strawberry Banana, Greek Yogurt, Kale, Oat & Amaranth

# E. Plum Products

43    Stage/Mighty 4 Sweet Potato, Banana & Passion Fruit, Greek Yogurt & Oats
44    Mighty Morning Banana, Blueberry, Oat, Quinoa
45    Mighty Protein & Fiber Banana, White Bean, Strawberry & Chia
46    Mighty Protein & Fiber Pear, White Bean, Blueberry Date & Chia
47    Mighty Veggie Carrot, pear, Pomegranate & Oats
48    Mighty Veggie Spinach, Grape, Apple & Amaranth
49    Mighty Veggie Sweet Potato, Apple, Banana & Carrot
50    Mighty Veggie Zucchini, Apple, Watermelon & Barley

**Super Puffs**
51    Apple with Spinach
52    Blueberry with Purple Sweet Potato
53    Mango with Sweet Potato
54    Strawberry with Beet

**Teethers**
55    Apple with Leafy Greens
56    Banana with Pumpkin
57    Blueberry

**Bars**
58    Almond Butter
59    Apple Cinnamon
60    Apple Cinnamon & Oatmeal Bar
61    Blueberry
62    Blueberry & Oatmeal Bar
63    Blueberry Lemon
64    Jammy Sammy
65    Mighty Snack bars
66    Peanut Butter
67    Peanut Butter & Grape Bar
68    Peanut Butter & Strawberry Bar
69    Pumpkin Banana
70    Strawberry

**Mashups**
71    Applesauce Blueberry Carrot
72    Applesauce Carrot & Mango
73    Applesauce Strawberry & Banana
74    Applesauce Strawberry & Beet

**Teensy Snacks**
75    Berry

## E. Plum Products

76      Peach

# F. Sprout Products

**Pouches**

1 Toddler Apple with Apricot & Strawberry
2 Toddler Berry Grape
3 Toddler Blueberry Banana
4 Toddler Peach
5 Toddler Strawberry
6 Toddler Strawberry and Banana with Squash
7 Toddlers Butternut Squash with pineapple and Papaya
8 Toddlers Green Veggies
9 Toddlers Kiwi with Super blend banana & spinach
10 Toddlers Purple Carrot, Strawberry & Grape
11 Toddlers Sweet potato Peach & Carrots
12 Stage 2 Apple Banana, Butternut Squash
13 Stage 2 Apple Blueberry
14 Stage 2 Apple, Oatmeal Raisin with Cinnamon
15 Stage 2 Apricot Peach, Pumpkin
16 Stage 2 Apricot, Banana, Chickpea Fig
17 Stage 2 Blueberry, Banana Oatmeal
18 Stage 2 Butternut Blueberry Apple with Beans
19 Stage 2 Butternut, Carrot & Apple with Beef Broth
20 Stage 2 Carrot Chickpeas, Zucchini Pear
21 Stage 2 Carrot, Apple, Mango
22 Stage 2 Mixed Berry Oatmeal
23 Stage 2 Peach Oatmeal with Coconut Milk & Pineapple
24 Stage 2 Pear, Kiwi, Peas, Spinach
25 Stage 2 Strawberry, Apple, Beet, Red Beans
26 Stage 2 Strawberry, Pear, Banana
27 Stage 2 Sweet Potato, Apple, Spinach
28 Stage 2 Sweet Potato, White Beans with Cinnamon
29 Stage 2 Vegetables & Pear with Chicken Broth
30 Stage 3 Butternut Chickpea Quinoa Dates
31 Stage 3 Creamy Vegetables with Chicken
32 Stage 3 Garden Vegetables Brown Rice with Turkey
33 Stage 3 Harvest Vegetables Apricot with Chicken
34 Stage 3 Market Vegetable Pear with Turkey
35 Stage 3 Pumpkin Apple Red Lentil with Cinnamon
36 Stage 3 Root Vegetables Apple with Beef
37 Stage 3 Sweet Pea Carrot Corn White Bean

**Toddler Meals**

38 Baby Burrito Bowl
39 Butternut Mac & Cheese
40 Pasta with Veggie Sauce

# F. Sprout Products

41    Veggie Power Bowl

### Puffs
42    Apple Kale Power Puffs
43    Carrot Peach Mango Plant

### Snacks
44    Crinkles Cheddar and Spinach
45    Crinkles Pumpkin and Carrot
46    Crispy Chews Apples & Strawberry
47    Crispy Chews Beet & Berry
48    Crispy Chews Orchard Fruit & Carrot
49    Curlz Broccoli
50    Curlz Sweet Potato & Cinnamon
51    Curlz White Cheddar Broccoli
52    Wafflez Blueberry Apple
53    Wafflez Pumpkin Butter & Jelly

# G. Walmart Products

### Baby Formula

1.  Added Rice Starch Infant Formula with Iron Milk-Based Powder
2.  Advantage Infant Formula Milk Based Powder with Iron
3.  Gentle Infant Formula Milk-Based Powder with Iron
4.  Infant DHA & Choline Nutrients Found in Breast Milk
5.  Infant Formula Milk-Based Powder with Iron
6.  Organic Infant Formula with Iron Milk-Based Powder
7.  Sensitivity Infant Formula Milk-Based Powder with Iron
8.  Soy For Fussiness & Gas
9.  Soy Infant Formula with Iron Soy-Based Powder
10. Tender Infant Formula with Iron Milk-Based Powder

### Jars and Tubs

11. Stage 1 Apple Baby Food
12. Stage 1 Banana Food
13. Stage 1 Butternut Squash Baby Food
14. Stage 1 Carrot Baby Food
15. Stage 1 Natural Apple Baby Food
16. Stage 1 Pear Baby Food
17. Stage 2 Apple Strawberry Baby Food
18. Stage 2 Banana Baby Food
19. Stage 2 Butternut Squash Pineapple Baby Food
20. Stage 2 Sweet Potato Baby Food

### Pouches

21. Apple
22. Banana
23. Banana Berry Burst
24. BBQ Seasoned Chicken Roasted Corn
25. Berry & Oats
26. Blueberry Apple Yogurt
27. Blueberry Kale Rice
28. Butternut Squash
29. Carrot Zucchini Broccoli
30. Cheesy Potato
31. Chicken Noodle
32. Green Bean
33. Macaroni and Cheese
34. Mango Banana Kale
35. Organic Pear
36. Pea White Chicken
37. Root Veggies Apple
38. Strawberry Banana Yogurt

# G. Walmart Products

39    Strawberry Carrot Quinoa
40    Strawberry Yogurt
41    Sweet Potato Apple Grape
42    Sweet Potato Cinnamon
43    Sweet Potato Turkey
44    Tropical Burst

**Puffs**
45    Banana Puffs
46    Blueberry Puffs
47    Peach Mango Puffs
48    Strawberry Apple Puffs
49    Strawberry Yogurt Puffs
50    Sweet Potato Puffs

**Snacks**
51    Blueberry Rice Rusks
52    Organic Apple Rice Rusks
53    Organic Banana Rice Rusks
54    Organic Strawberry Rice Rusks

**Yogurt Bites**
55    Banana Yogurt Bites
56    Cherry Vanilla Yogurt Bites
57    Mixed Berry Yogurt Bites
58    Peach Yogurt Bites
59    Strawberry Yogurt Bites