UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:24-md-03101-JSC<br><br>**PRETRIAL ORDER NO. 8** |

This Order confirms the matters discussed at the September 26, 2024 case management conference.

The parties shall file their proposed ESI protocol by October 1, 2024.  While the ESI protocol will only govern Defendants' production at this time, by October 11, 2024, Plaintiffs shall file with the Court a document detailing all the steps each Plaintiff has taken for evidence preservation.

The parties shall file their proposed stipulated protective order or a joint statement detailing their respective areas of agreement and disagreement on or before October 10, 2024.

The Court VACATES the October 3, 2024 hearing on the Retailer Defendants' motion to dismiss.  (Dkt. No. 228.)  The Court will notify the parties if a hearing is required and any such hearing shall be conducted via videoconference.

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge