Peter Ryan (*Admitted Pro Hac Vice*)
Email: pryan@cozen.com
Joan Taylor (*Admitted Pro Hac Vice*)
Email: joantaylor@cozen.com
COZEN O'CONNOR
1650 Market St., Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-2000

Brett Taylor (SBN 274400)
Email: btaylor@cozen.com
COZEN O'CONNOR
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
Telephone: 310-393-4000

Attorneys for Defendant
Campbell Soup Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC |
| | MDL 3101 |
| This Document Relates To: | **DECLARATION OF PETER RYAN IN SUPPORT OF MOTION TO DISMISS** |
| ALL ACTIONS | |
| | Hearing Date:    February 27, 2025<br>Time:               9:00 a.m.<br>Location:         Courtroom 8 |
| | [Filed and Served Concurrently with Motion to Dismiss; Request for Judicial Notice] |
| | Complaint Filed:  July 15, 2024<br>Trial Date:         None Set |

1

**DECLARATION IN SUPPORT OF DEFENDANT CAMPBELL SOUP COMPANY'S MOTION UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6) TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT, CASE NO. 24-MD-3101-JSC**

### DECLARATION OF PETER RYAN

1.      I am an attorney duly licensed to practice in the State of Pennsylvania and have been admitted *pro hac vice* to the United States District Court, Northern District of California.  I am a Member of Cozen O'Connor, attorneys herein for Defendant, CAMPBELL SOUP COMPANY ("Defendant").  I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit A** to this declaration in support of the Request for Judicial Notice ("RJN") filed concurrently herewith is a true and correct copy of Campbell Soup Company's 10-Q dated May 2, 2021. The filing is publicly available through the SEC's Electronic Data Gathering, Analysis, and Retrieval (EDGAR) system.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Plum, PBC's Certificate of Good Standing from Delaware's Secretary of State, retrieved on October 17, 2024.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Campbell Soup Company's 10-K dated July 28, 2013. The filing is publicly available through the SEC's EDGAR system.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Campbell Soup Company's 8-K dated June 9, 2021. The filing is publicly available through the SEC's EDGAR system.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Campbell Soup Company's attachment to the 8-K dated June 9, 2021. The filing is publicly available through the SEC's EDGAR system.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Nest Collective, Inc.'s Statement and Designation by Foreign Corporation dated January 12, 2009.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Plum, Inc.'s Amended Statement by Foreign Corporation dated November 5, 2012.

**DECLARATION IN SUPPORT OF DEFENDANT CAMPBELL SOUP COMPANY'S MOTION UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6) TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT, CASE NO. 24-MD-3101-JSC**

LEGAL\74396390\1

9.      Attached hereto as **Exhibit H** is a true and correct copy of Plum, Inc.'s Name Change to Plum PBC dated August 1, 2013.

10.     Attached hereto as **Exhibit I** is a true and correct copy of Plum PBC's Name Change to Plum, PBC dated October 2, 2013.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the Registration of Plum Stylized Trademark dated January 5, 2016.

12.     Attached hereto as **Exhibit K** is a true and correct copy of the USPTO Notice of Acceptance and Renewal dated October 3, 2016.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the Registration of Plum Trademark dated March 7, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 2, 2024 at Philadelphia, Pennsylvania.

__/s/Peter M. Ryan_____
Peter M. Ryan
Declarant

**DECLARATION IN SUPPORT OF DEFENDANT CAMPBELL SOUP COMPANY'S MOTION UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6) TO DISMISS PLAINTIFFS' MASTER LONG-FORM COMPLAINT, CASE NO. 24-MD-3101-JSC**

LEGAL\74396390\1