UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No. 24-MD-3101-JSC <br><br> MDL 3101 <br><br> Hon. Jacqueline Scott Corley <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CAMPBELL SOUP COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** |

THIS MATTER having come before the Court on Defendant Campbell Soup Company's Motion to Dismiss Plaintiffs' Master Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), and the Court having considered arguments of counsel, the pleadings filed in this action and the following documents and evidence:

1. Defendant Campbell Soup Company's Motion to Dismiss Plaintiffs' Master Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6);

2. Declaration in Support of Defendant Campbell Soup Company's Motion to Dismiss Plaintiffs' Master Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6); with supporting exhibits;

3. Plaintiffs' Opposition(s), or declarations filed herein, if any; and

4. Defendant Campbell Soup Company's Reply in Support of its Motion and/or declarations in support thereof filed herein, if any;

5. _____.

And the Court otherwise deeming itself fully advised; it is,

LEGAL\74395408\1

ORDERED, ADJUDGED AND DECREED that Defendant Campbell Soup Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) is hereby GRANTED. Plaintiffs' claims against Defendant Campbell Soup Company are hereby DISMISSED WITH PREJUDICE.

DATED: _____, 2024.

_____
THE HONORABLE JACQUELINE SCOTT CORLEY


COZEN O'CONNOR
/s/ _Peter M. Ryan_
Peter M. Ryan
Joan M. Taylor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Brett Taylor
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401

*Counsel for Campbell Soup Company*

LEGAL\74395408\1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  December 2, 2024

Respectfully submitted,

**COZEN O'CONNOR**

/s/   *Peter M. Ryan*
Peter M. Ryan
Joan M. Taylor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Brett Taylor
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
*Counsel for Campbell Soup Company*

3

LEGAL\74395408\1