# Exhibit A

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFF'S SHORT FORM FACT SHEET** |

"You" refers to the person completing this Plaintiff Fact Sheet.

"Plaintiff" refers to the minor plaintiff bringing suit.

"Plaintiffs' Parents" refers to the biological parent(s) or adoptive parent(s) of Plaintiff.

"Guardian ad litem" refers to the court-designated representative of Plaintiff.

"ASD" refers to Autism Spectrum Disorder.

"ADHD" refers to Attention-Deficit Hyperactivity Disorder.

Please provide an answer for each question and do not leave any answer space blank. If you do not know or cannot recall information required to answer a question, please specifically state either "Do not know" or "Cannot recall" in the response. If a question is not applicable to you, please specifically state that it "Does not apply."

**Case Information**

1. **Provide the following information for the case Plaintiff, Plaintiff's Parent(s), or Plaintiff's guardian(s) filed:**

    Case Name: _____     Docket No.: _____

    Attorney: _____

2. **Provide the following information relating to Plaintiff:**

    Name: _____     Date of birth: _____

    Parents or Guardians: _____

    Current Address: _____

    Previous Addresses (since birth): _____

3. **What is the injury/condition you are claiming**

| Injury/Condition | Yes/No | Date of Diagnosis | |
|---|---|---|---|
| Autism Spectrum Disorder | | | |
| ADHD | | | |
| Other _____ | | | |

4. **Identify by brand and type all commercial baby food Plaintiff consumed and contends caused or contributed to his/her injury. Please add additional rows to the below chart as needed or, alternatively, you can provide the names of additional baby food brands on a separately included appendix to this Plaintiff Fact Sheet.**

| Baby Food Brand | Baby Food Type/Baby Food Product (e.g., Bananas (jars), Strawberry (pouch), etc.) |
|---|---|
| | |
| | |
| | |
| | |
| | |

2

Signature of Plaintiff : _____

Date: _____