# Exhibit B

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFF'S PRESERVATION DISCLOSURE FORM** |

"You" refers to the person completing this Plaintiff Fact Sheet.

"Plaintiff" refers to the minor plaintiff bringing suit.

"Plaintiffs' Parents" refers to the biological parent(s) or adoptive parent(s)/guardian(s) of Plaintiff.

"Guardian ad litem" refers to the court-designated representative of Plaintiff.

"ASD" refers to Autism Spectrum Disorder.

"ADHD" refers to Attention-Deficit Hyperactivity Disorder.

Please provide an answer for each question and do not leave any answer space blank. If you do not know or cannot recall information required to answer a question, please specifically state either "Do not know" or "Cannot recall" in the response. If a question is not applicable to you, please specifically state that it "Does not apply."

**Case Information**

1. **Provide the following information for the case Plaintiff, Plaintiff's Parent(s), or Plaintiff's guardian(s) filed:**

    Case Name: _____   Docket No.: _____

    Plaintiff's Attorney: _____

**Food Purchasing Records**

2. **For commercial baby food that Plaintiff contends caused or contributed to his/her injury, please provide the below-requested information. Please include on-line and in-store locations, and grocery stores as well as stores where any food was purchased that are not traditional grocery stores (such as drugstores, farmers' markets, and/or multi-purpose stores like Target or Costco). This information is provided for preservation purposes only and is not meant to be an exclusive or exhaustive list. Rather, it is provided to the best of current recollection. Please add additional rows to the below chart as needed or, alternatively, you can provide the names of additional stores/websites on a separately included appendix to this Plaintiff Fact Sheet:**

| Store/Website Name | Store/Website loyalty account number and associated phone number | Payment method(s) used (credit/debit, cash, check, WIC, etc.) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3. **List the names of all credit card, debit card, or WIC/EBT accounts and their associated numbers used at the stores listed in Response to Question 2 to purchase commercial baby food that Plaintiff contends caused or contributed to his/her injury.**

    _____
    _____

4. **Does Plaintiff, or Plaintiff's Parents have any receipts or other records of purchases from any sellers identified in response to Question 2?**

    _____ YES        _____ NO        _____ UNSURE

5. **Does Plaintiff, or Plaintiff's Parents have credit, debit, WIC account, and/or banking statements that show purchases from any sellers identified in response to Question 3 from Plaintiffs' birth to injury diagnosis?**

    _____ YES          _____ NO          _____UNSURE

### Photos and Video Records

6. **Does Plaintiff, or Plaintiff's Parents have paper photos of Plaintiff from birth to present?**

    _____ YES          _____ NO

### Medical Records Information

7. **Please provide the below requested information for all of Plaintiff's healthcare providers from Plaintiff's gestation through present. These providers include Plaintiff's parent's OB/GYN and/or midwife, any pediatricians, dentists, or other medical providers for Plaintiff, any hospitals and/or clinics, and any individuals or groups who have evaluated or provided treatment related to Plaintiff's physical, developmental, psychological, behavioral and/or emotional well-being. Please add additional rows to the below chart as needed or, alternatively, you can provide the names of additional providers/institutions on a separately included appendix to this Plaintiff Fact Sheet.**

| Provider/Institution | Business Address | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8. **Does Plaintiff, or Plaintiff's Parents have any medical records or other documents that document the care provided to Plaintiff by any person or entity identified in response to Question 7?**

    _____ YES          _____ NO          _____ UNSURE

9. **Has Plaintiff undergone testing for presence of or exposure to any heavy metal?**

    _____YES _____ NO          _____ UNSURE

3

**If yes, please identify:**

    a. The name, location, and date of the testing:

**10. Has Plaintiff participated in an investigative or other research trial relating to ASD or ADHD?** _____YES _____ NO _____ UNSURE

**If yes, please identify:**

    b. The name, location, and date of the research trial:

**11. Has Plaintiff, Plaintiff's Parent, or biological sibling of Plaintiff undergone genetic testing?** \_\_\_\_ YES _____ NO _____ UNSURE

**If yes, please identify:**

    c. The name, location, and date of the testing:

### Educational Records

**12. Please provide the below requested information for all daycare facilities, preschools, schools, or other educational service providers for Plaintiff from birth to present. This includes any educational services provided as part of the assessment and/or treatment of Plaintiff's ASD and/or ADHD, including speech, occupational and/or behavioral therapy.**

Please add additional rows to the below chart as needed or, alternatively, you can provide the names of additional institutions/service providers on a separately included appendix to this Plaintiff Fact Sheet.

| Name and Address of Institution/Service Provider | Approximate Dates of Participation/Attendance |
|---|---|
|  |  |
|  |  |
|  |  |

1  *The above provided information is provided subject to a reasonably diligent investigation. The information provided in this disclosure is made for the sole purpose of allowing defendants to engage in preservation efforts without any admission of its discoverability or admissibility.*

Signature of Counsel for Plaintiff : _____

Date: _____