UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BABY FOOD PRODUCTS
LIABILITY LITIGATION

_____

This document relates to:

ALL ACTIONS

Case No.  24-md-03101-JSC

**PROPOSED AGENDA FOR MARCH
27, 2025 FURTHER CMC**

The following is the Court's proposed agenda for the March 27, 2025 further case management conference:

1. Motion to Strike Allegations re Infant Formula

2. Motion for Alternate Service on Defendant Neptune Wellness Solutions

3. Short Form Complaint

4. Initial Plaintiff Fact Sheets

5. General Causation Schedule

6. Procedure for Subsequent Joint CMC Statements

7. Deadline to Add Plaintiffs to MDL

8. Any other matter the parties wish to discuss.

**IT IS SO ORDERED.**

Dated: March 26, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California