UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 24-md-03101-JSC<br><br>**PROPOSED AGENDA FOR APRIL 24, 2025 FURTHER CMC** |

The following is the Court's proposed agenda for the April 24, 2025 further case management conference:

1. Motion for Alternate Service of Process on Neptune Wellness Solutions
2. Deadline to Add Plaintiffs to the MDL
3. Amended Master Complaint
4. Short Form Complaint
    a. Additional Defendants
    b. Pleading Causation
5. Diversity Jurisdiction
6. Any other matter the parties wish to discuss.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge