UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>———————————————<br>This document relates to:<br>ALL ACTIONS | Case No. 24-md-03101-JSC<br><br>**PRETRIAL ORDER NO. 16** |

This Order confirms the matters discussed during the April 24, 2025 further case management conference.

### 1. Deadline to Add Plaintiffs to the MDL

Pretrial Order No. 5, which permits plaintiffs to direct file any case that would be subject to transfer as a tag-along action to MDL No. 3101, shall expire on November 21, 2025. Following that date, no new cases may be direct filed in this MDL until further Court order.

### 2. Amended Master Complaint

Going forward, Plaintiffs may not further amend the Amended Master Complaint without leave of court.

The parties shall meet and confer to propose a briefing schedule for further Rule 12 motions. In addition, the parties shall propose a timeline and process for answering the Master Complaint as discussed during the case management conference.

### 3. Short Form Complaint

At this time, the Short Form Complaint shall not include an option for Plaintiffs to name additional defendants beyond those currently identified in the Amended Master Complaint. In the event any underlying case intends to name additional defendants, Plaintiffs shall file a complaint

in accordance with the Court's prior pretrial orders, as is the current procedure.

During subsequent case management conferences, Plaintiffs shall identify any cases naming defendants beyond those included in the Amended Master Complaint. The Court may readdress this issue based on the subsequent volume of cases naming additional defendants.

The Court further orders the parties to implement the following changes to Plaintiffs' proposed Short Form Complaint and file the new version by May 7, 2025:

- In Section III.3., Plaintiffs shall substitute the existing phrase, "Plaintiff's exposure to Defendant(s) Baby Food product(s) as alleged above, caused Plaintiff to suffer brain injuries . . ." with the following new language: "Plaintiff's exposure to each Defendant's Baby Food product(s), or each Defendant's subsidiary's Baby Food product(s) as alleged above, was a substantial contributing factor to, and caused Plaintiff to suffer brain injuries . . . ."

**IT IS SO ORDERED.**

Dated: April 28, 2025

JACQUELINE SCOTT CORLEY
United States District Judge