Livia M. Kiser (CA Bar No. 285411)
Michael Anthony Lombardo (CA Bar No. 311365)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
E-mail: lkiser@kslaw.com
E-mail: mlombardo@kslaw.com

Todd P. Davis (*pro hac vice*)
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
E-mail: tdavis@kslaw.com

*Attorneys for Defendant Beech-Nut Nutrition Company and Walmart Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT NOTICE OF FILING SHORT FORM COMPLAINT** |

Pursuant to Pretrial Order No. 16 (ECF 467), the Parties hereby jointly submit their revised Short-Form Complaint that aligns with this Court's orders.

On April 28, 2025, the Court entered Pretrial Order No. 16 (ECF 467), which confirmed the matters discussed during the April 24, 2025 further case management conference regarding the Short Form Complaint ("SFC") and ordered the Parties to implement certain additional changes to the proposed SFC. The Parties have implemented the changes ordered by the Court and resolved all outstanding issues regarding the SFC. Accordingly, the Parties respectfully request that the Court enter the Parties' revised SFC attached hereto as **Exhibit A**, which implements the changes ordered by the Court. The Parties will submit a proposed order providing for the timing of the filing of the SFC for existing plaintiffs and plaintiffs transferring into this MDL for the Court's consideration.

Dated: May 7, 2025                                      Respectfully submitted,

                                                        By: */s/ Livia M. Kiser*
                                                        KING & SPALDING LLP

                                                        *Attorneys for Defendant Beech-Nut Nutrition Company and Walmart Inc.*