1  Livia M. Kiser (CA Bar No. 285411)
   Michael Anthony Lombardo (CA Bar No. 311365)
2  **KING & SPALDING LLP**
   110 N. Wacker Drive, Suite 3800
3  Chicago, IL 60606
   Telephone: (312) 764-6911
4  Facsimile: (312) 995-6330
   E-mail: lkiser@kslaw.com
5  E-mail: mlombardo@kslaw.com
6
7  Todd P. Davis (*pro hac vice*)
   1180 Peachtree Street NE, Suite 1600
8  Atlanta, GA 30309
   Telephone: (404) 572-4600
9  Facsimile: (404) 572-5100
   E-mail: tdavis@kslaw.com
10
11 *Attorneys for Defendant Beech-Nut Nutrition Company and Walmart Inc.*
12

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER RE: TIMING OF SHORT FORM COMPLAINT FILING** |

Having reviewed the Parties' May 7, 2025 Joint Notice of Filing Short Form Complaint and the Parties' Revised Short Form Complaint attached thereto, the Court hereby ORDERS the Parties to comply with the following deadlines:

- All existing Plaintiffs must file their Short Form Complaints within **60** days from the date of the filing of this Proposed Order (*i.e.*, by July 7, 2025).
- All existing Plaintiffs must submit their Plaintiff Fact Sheets within **60** days of the filing deadline for the Short Form Complaints (*i.e.*, by September 7, 2025).
- New Plaintiffs whose complaints are transferred into the MDL must file their Short Form Complaints within **30** days of their transfer and will submit their Plaintiff Fact Sheets in accordance with Pretrial Order No. 15 (*i.e.*, within 60 days thereafter) (ECF 440).
- Any New Plaintiffs filing directly in the MDL must utilize the Short Form Complaint in their filing and submit their Plaintiff Fact Sheets in accordance with Pretrial Order No. 15.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
Hon. Jaqueline Scott Corley
United States District Judge