# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>**JOINT STATEMENT FOR MAY 22, 2025 CASE MANAGEMENT CONFERENCE**<br><br>Date: May 22, 2025<br>Time: 9:00 a.m. PT<br>Location: Virtual (Zoom) |

Plaintiffs and Defendants[1] respectfully submit this Case Management Conference Statement in advance of the May 22, 2025 Case Management Conference. At the request of the parties and by order of the Court, the Case Management Conference will be held virtually by Zoom.

I. **AMENDED MASTER COMPLAINT**

In accordance with Pretrial Order 16, on May 20, 2025, the parties filed a joint proposed briefing schedule and process for (1) motions brought pursuant to Federal Rule of Civil Procedure 12 as to the Amended Master Complaint, filed by Plaintiffs on April 16, 2025 ("Amended Master Complaint"), and the Fourth Amended Petition in *Watkins*; and (2) answering the Amended Master Complaint and the Fourth Amended Petition in *Watkins*. The parties will be prepared to discuss this stipulation with the Court.

Dated: May 20, 2025

Respectfully submitted,

WAGSTAFF LAW FIRM

By: */s/ Aimee H. Wagstaff*

Aimee H. Wagstaff (SBN: 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361
awagstaff@wagstafflawfirm.com

WISNER BAUM, LLP

By: */s/ R. Brent Wisner*

R. Brent Wisner (SBN: 279023)
rbwisner@wisnerbaum.com
100 Drakes Landing Rd., Suite 160
Greenbrae, CA 94904
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Co-Lead Counsel for Plaintiffs in MDL 3101*

---

[1] As used herein, "Defendants" does not include any defendant who has not yet appeared in the action (or who is challenging jurisdiction).

Dated: May 20, 2025                DLA PIPER LLP (US)

By: */s/ Brooke Killian Kim*
Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com

*Defendants' Liaison Counsel*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: May 20, 2025                    /s/ Brooke Killian Kim
                                       Brooke Killian Kim
                                       *Defendants' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2025, I electronically filed the foregoing Joint Statement with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Brooke Killian Kim*
Brooke Killian Kim