1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                    NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE: BABY FOOD PRODUCTS                    Case No.  24-md-03101-JSC
     LIABILITY LITIGATION
8    _____    **PRETRIAL ORDER NO. 17**

9    This document relates to:                    Re: Dkt. No. 484

10               ALL ACTIONS

11

12

13          This Order confirms the matters discussed during the May 22, 2025 further case

14   management conference.

15          **1.  Schedule for Subsequent Rule 12 Motions**

16          For Defendants who have been served with the Amended Master Complaint as of the date

17   of this Order, and for the parties involved in the *Watkins* litigation, the following schedule shall

18   apply to the briefing of Rule 12 motions:

19              • Motions shall be filed by **June 27, 2025**

20              • Opposition briefs shall be filed by **July 25**

21              • Reply briefs shall be filed by **August 14**

22          Defendants who have been served with the Amended Master Complaint, as of the date of

23   this Order, and who elect **not** to move to dismiss or strike the Amended Master Complaint, the

24   Fourth Amended Petition in *Watkins*, and/or any individual complaint pending in this MDL

25   (served upon such Defendant as of the date of this Order), shall file a notice of intent not to move

26   to dismiss or strike no later than **June 27, 2025**.  This pleading shall operate to deny all material

27   allegations in, and assert all affirmative defenses to, the Amended Master Complaint and the

28   Fourth Amended Petition in *Watkins*.  The notice of intent shall plead all general affirmative

United States District Court
Northern District of California

United States District Court
Northern District of California

1   defenses to the Amended Master Complaint.

2         To the extent that any complaint is filed in another jurisdiction subsequent to this Order

3   and is thereafter transferred into the MDL, Section 4 of Pretrial Order No. 3, which provides that

4   Defendants "need not move, plead, or otherwise respond to any Complaint directly filed in this

5   District as a member case of the MDL until so ordered by the Court," remains in effect, and the

6   Parties shall meet and confer regarding a process and timeline for responding to such complaint.

7         The Court will address timing of Rule 12 motions for Foreign Defendants who have not

8   yet been served at a later case management conference.

9         **2.  Further Case Management Conferences**

10        The Court sets the following dates for further case management conferences beyond those

11  already scheduled:

12        • September 24, 2025

13        • October 23, 2025

14        • November 20, 2025

15        Each conference shall take place at 9:00 a.m. in the San Francisco Courthouse, 450 Golden

16  Gate Avenue, San Francisco, CA 94102, on the 19th Floor, Courtroom 8.

                              * * *

18        The Parties' Stipulation Regarding Schedule and Process For Moving to Dismiss and

19  Answering The Amended Master Complaint and The *Watkins* Fourth Amended Petition is

20  DENIED.

21        This Order disposes of Docket No. 484.

22        **IT IS SO ORDERED.**

23  Dated: May 22, 2025

24

25

26                          _____
                            JACQUELINE SCOTT CORLEY
                            United States District Judge
27

28

                              2