UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 24-md-03101-JSC<br><br>**PRETRIAL ORDER NO. 18**<br>Re: Dkt. No. 498 |

This Order confirms the matters discussed during the June 26, 2025 further case management conference.

### 1. Joint Discovery Letter re Privilege Logs

For the reasons stated during the conference, Plaintiffs' request re privilege logs is DENIED, without prejudice. The parties shall properly meet and confer, and attempt to resolve the issue in good faith, before raising this dispute anew with the Court.

### 2. Expert Depositions

The parties have represented that they are working diligently to finish scheduling all remaining expert depositions. By July 10, 2025, the parties shall file a joint submission detailing the deposition schedule for all experts, or if a schedule has not been finalized, explain any outstanding issues and the steps taken by the parties to resolve them.

### 3. Briefing Schedule for Rule 12 Motions by Newly Served Defendants

The following briefing schedule shall apply to Rule 12 motions by those Defendants newly added in the Amended Master Complaint and who have been recently served:

- Opening briefs: **July 21, 2025**
- Opposition: **August 20, 2025**

- Reply: **September 3, 2025**

The motions will be heard during the September further case management conference.

### 4. September CMC

The September further case management conference shall be advanced from September 24, 2025, to September 18, 2025. The conference shall take place at 9:00 a.m. PT, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

This Order disposes of Docket No. 498.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge