1  BROOKE K. KIM SBN 239298
   *brooke.kim@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Tel: 619.699.3439 | Fax: 619.699.2701
4
   *Attorney for Defendant Nurture, LLC*
5  *and Liaison Counsel for Defendants*

6  Brent Wisner, SBN: 276023
   *rbwisner@wisnerbaum.com*
7  **WISNER BAUM LLP**
   11111 Santa Monica Blvd., Suite 1750
8  Los Angeles, CA 90025
   Telephone: (310) 207-3233
9  Facsimile: (310) 820-7444

10 AIMEE H. WAGSTAFF, SBN 278480
   *awagstaff@wagstafflawfirm.com*
11 **WAGSTAFF LAW FIRM**
   940 N. Lincoln Street
12 Denver, Colorado 80203
   Telephone: 303.376.6360
13 Facsimile: 303.376.6361

14 *Attorneys for Plaintiffs*
   *and Liaison Counsel for Plaintiffs*
15

16                    **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| 18  IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION, | MDL No. 3101 |
| 19 | Case No. 24-MD-3101-JSC |
| 20  THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT PROPOSED SCHEDULE FOR THE DEPOSITION OF ALL GENERAL CAUSE PROCEEDING EXPERTS** |

Pursuant to Pretrial Order No. 18, the parties jointly submit the following schedule for the deposition of all general cause proceeding experts.

| Name | Location | Dates |
|---|---|---|
| **Plaintiffs' Experts** | | |
| Michael Aschner | Remote | July 22 |
| Priscilla Barr | New York, NY | July 23 |
| Hannah Gardener | Boston | July 31 |
| Tomas Guilarte | Miami | July 18 |
| Howard Hu | Glendale, CA | August 15 |
| Rachel Jones | Los Angeles | July 30 & 31 |
| Dallas Reed | Boston, MA | August 4 |
| Beate Ritz | Rome, Italy | August 5 |
| Kevin Shapiro | Los Angeles | August 19 |
| **Defendants' Experts** | | |
| Bill Banner | Tulsa, OK | August 20 |
| Gabriel Filippelli | Indianapolis | August 12 |
| Eric Fombonne | Atlanta | August 8 |
| Robert Gibbons | Fort Meyers | August 19 |
| Shannon Kelleher | Boston, MA | August 29 |
| Andrew Margenot | Urbana, IL | August 5 |
| Elise Robinson | Boston | August 15 |
| Stephan Sanders | London, UK | August 8 |
| Carolyn Scrafford | D.C. | August 21 & 22 |
| Matthew State | Remote* | August 19 |
| Deirdre Tobias | Boston | August 26 |

/ / /

/ / /

The parties will be prepared to discuss any issues arising with respect to these depositions at the next status conference.

Respectfully submitted,

Dated: July 9, 2025                     DLA PIPER LLP (US)


By: /s/ Brooke Killian Kim
Brooke Killian Kim (SBN: 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

Dated: July 9, 2025                     WAGSTAFF LAW FIRM


By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN: 278480)
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360
E-mail: awagstaff@wagstafflawfirm.com

Dated: July 9, 2025                     WISNER BAUM LLP


By: /s/ Brent Wisner
Brent Wisner (SBN: 276023)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
E-mail: rbwisner@wisnerbaum.com

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

/s/ *Brooke Killian Kim*
Brooke Killian Kim