UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3101<br><br>Case No. 24-MD-3101-JSC<br><br>**JOINT STATEMENT FOR JULY 24, 2025 CASE MANAGEMENT CONFERENCE** |

On July 9, 2025, the parties submitted a joint proposed schedule for the deposition of all general cause proceeding experts. The parties will be prepared to discuss any questions the Court has regarding the deposition schedule at the case management conference.

The parties have no further agenda items presently, but request that the Court leave the case management conference on calendar to discuss any issues with expert depositions, including the depositions of Dr. Tomas Guilarte (July 18), Dr. Michael Aschner (July 22), and Ms. Priscilla Barr (July 23). If necessary, Defendants will raise the need for additional time with Ms. Barr, which to date has been a subject of dispute among the parties.

Respectfully submitted,

Dated: July 22, 2025        DLA PIPER LLP (US)

By: */s/ Brooke Killian Kim*
Brooke Killian Kim (SBN: 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

Dated: July 22, 2025        WAGSTAFF LAW FIRM

By: */s/ Aimee H. Wagstaff*
Aimee H. Wagstaff (SBN: 278480)
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360
E-mail: awagstaff@wagstafflawfirm.com

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 22, 2025 | WISNER BAUM LLP |
| 2 | | |
| 3 | | By: */s/ Brent Wisner* |
| | | Brent Wisner (SBN: 276023) |
| 4 | | 11111 Santa Monica Blvd., Suite 1750 |
| | | Los Angeles, CA 90025 |
| 5 | | Telephone: (310) 207-3233 |
| | | E-mail: rbwisner@wisnerbaum.com |
| 6 | | |
| 7 | | *Co-Lead Counsel and Liaison Counsel for Plaintiffs* |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Brooke Killian Kim*
Brooke Killian Kim