UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 24-MD-301-JSC<br><br>MDL No. 3101<br>Hon. Jacqueline Scott Corley<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *THIRD* CONSOLIDATED EX PARTE APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM* PURSUANT TO PTO #14 |

Having considered Plaintiffs' *Third* Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem,* filed pursuant to Pretrial Order #14, and for good cause shown:

The Court finds that it is reasonable and necessary to appoint a guardian *ad item* for the Minor Plaintiffs identified in Exhibits 1-2 of Plaintiffs' *Third* Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem*.

The Court orders that the Applicants identified in Exhibits 1-2 are hereby appointed as guardian *ad litem* for the Minor Plaintiff identified in their respective applications.

**IT IS SO ORDERED.**

Dated: July 23, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

---

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' CONSOLIDATED EX PARTE
APPLICATION FOR APPOINTMENTS OF GUARDIANS AD LITEM PURSUANT TO PTO #14