UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 24-md-03101-JSC<br><br>**PROPOSED AGENDA FOR AUGUST 28, 2025 FURTHER CMC** |

The following is the Court's proposed agenda for the August 28, 2025 further case management conference at 9:00 a.m. via Zoom video:

1. Briefing Rule 702 Motions: Jointly requested page limits **GRANTED**. 100 pages for omnibus motions, 100 pages for oppositions, and 50 pages for replies.

2. Filing of Motions for Summary Judgment: Any summary judgment motions shall be filed after the December hearing on Rule 702 motions.

3. Shapiro Deposition: Dr. Shapiro's deposition may be taken on September 4 and 5, 2025.

4. Discovery Dispute (Dkt. No. 583.)

5. Judge Riff and the Rule 702 Proceeding

6. Any other matter the parties wish to discuss.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge