

# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 28, 2025　　　　　　　　　　　　　　　　**Time:** 00:06

**Judge:** Jacqueline Scott Corley

**Case Number:** 24-md-03101-JSC

**Case Name:** In Re: Baby Food Products Liability Litigation

**Deputy Clerk:** Ada Means　　　　　　　　　　**Court Reporter:** Hilda Lopez

### PROCEEDINGS

Further case management conference held by Zoom videoconference. The next case management conference is set for September 18, 2025 at 9:00 a.m. in San Francisco.

**Judge Jacqueline Scott Corley**
August 28, 2025
Attendance List

<u>9:00 a.m. by Zoom videoconference</u>
**3:24-md-03101-JSC**
In Re: Baby Food Products Liability Litigation
  Further Case Management Conference

**Attorneys for Plaintiffs:**
Brent Wisner/Joseph Masterman

**Gerber Products Company**
Bryan Merryman/Joseph Petrosinelli

**Beech-Nut Nutrition Company/Walmart, Inc.**
Livia Kiser

**Hain Celestial Group, Inc.**
Michael Imbroscio

**Plum, PBC**
Hope Freiwald

**Nurture, LLC**
Mary Gately/Brooke Kim

**Sprout Foods, Inc.**
Nancy Erfle

**Neptune Wellness Solutions**
Thomas Yoo

**The Campbell's Company**
Peter Ryan

**Whole Foods**
Brian Ballay/Kordell Caldwell

**Nestlé USA, Inc. /Nestlé Enterprises S.A.**
Carmine Zarlenga

**Danone Nutricia Nederland BV**
Adam Goodman