R. Brent Wisner (SBN 276023)
rbwisner@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Aimee H. Wagstaff (SBN: 278480)
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC |
| | MDL No. 3101 |
| | Hon. Jacqueline Scott Corley |
| This document relates to: | |
| ALL ACTIONS | **DECLARATION OF WILLIAM L. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MASTER COMPLAINT** |

## DECLARATION OF WILLIAM L. SMITH

I, William L. Smith, do hereby declare and state:

1.      I am an attorney licensed to practice in the state of California. I am a partner with the law firm of Anapol Weiss and am a member of the Plaintiffs' Steering Committee for this MDL. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to these matters.

2.      I write this declaration in support of Plaintiff's Motion for Leave to File Amended Master Complaint.

3.      Attached as **Exhibit 1** is a true and accurate copy of Plaintiffs' Proposed Second Amended Master Complaint.

4.      Attached as **Exhibit 2** is a true and accurate copy of Plaintiffs' Proposed Second Amended Master Complaint, in redline.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day, October 21, 2025, in Los Angeles, California.

**ANAPOL WEISS**

*/s/ William L. Smith*
William L. Smith (SBN: 324235)
wsmith@anapolweiss.com
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone:  (424) 419-1634

*Plaintiffs' Steering Committee Member*

1
DECLARATION OF WILLIAM L. SMITH