**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-03101-JSC |
| | MDL 3101 |
| This document relates to: | Hon. Jacqueline Scott Corley |
| ALL CASES | **ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED MASTER COMPLAINT** |

Before the Court is Plaintiffs' Motion for Leave to File Amended Master Complaint. The Court having fully considered the Motion, along with all other papers on file, is of the opinion that the Motion should be, and is hereby, **GRANTED**. Plaintiffs are granted leave to file a second amended master complaint within three (3) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Jacqueline S. Corley
United States District Judge