1  LIVIA M. KISER (SBN 285411)
   MICHAEL ANTHONY LOMBARDO (SBN 311365)
2  **KING & SPALDING LLP**
   110 N. Wacker Drive, Suite 3800
3  Chicago, IL 60606
   Telephone: (312) 764-6911
4  Facsimile: (312) 995-6330
   E-mail: lkiser@kslaw.com
5  E-mail: mlombardo@kslaw.com

6  TODD P. DAVIS (*pro hac vice*)
   **KING & SPALDING LLP**
7  1180 Peachtree Street NE, Suite 1600
   Atlanta, GA 30309
8  Telephone: (404) 572-4600
   Facsimile: (404) 572-5100
9  E-mail: tdavis@kslaw.com

10 *Attorneys for Defendants Beech-Nut Nutrition Company*
   *and Walmart Inc.*
11

12                    **UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN FRANCISCO DIVISION**

15 | IN RE: BABY FOOD PRODUCTS LIABILITY | Case No. 24-md-3101-JSC
16 | LITIGATION |
   |
17 | | MDL 3101
   |
18 | | Hon. Jacqueline Scott Corley
   | This Document Relates to: |
19 | | **CORRECTION OF DKT. NOS. 611-50**
   | ALL ACTIONS | **AND 611-51**
20 |
21 | | **EXHIBIT 49 AND EXHIBIT 50 TO THE**
   | | **DECLARATION OF LIVIA M. KISER IN**
22 | | **SUPPORT OF DEFENDANTS' MOTION**
   | | **TO EXCLUDE PLAINTIFFS' GENERAL**
23 | | **CAUSATION EXPERTS**
24

25

26

27

28

| CORRECTION TO DKT. NOS. 611-50 AND 611-51 | CASE NO. 24-MD-3101-JSC |
|---|---|
| | MDL 3101 |