1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

IN RE: BABY FOOD PRODUCTS
LIABILITY LITIGATION

Case No.  24-md-03101-JSC

8

_____

**PRETRIAL ORDER NO. 19**

9

This document relates to:

10

ALL ACTIONS

11

12

13

This Order confirms the matters discussed during the November 5, 2025 further case

14

management conference and some additional scheduling matters.

15

**1.  Rule 702 /** *Daubert* **Hearings**

16

The Court adopts the tentative ruling stated in the Proposed Agenda For November 5, 2025

17

Further CMC.  (*See* Dkt. No. 653.)  During the hearings scheduled for December 8, 2025, through

18

December 12, 2025, Plaintiffs and Defendants each shall have **10 hours** total for direct

19

examination, cross-examination, and re-direct, to be used at their discretion.  Time allotted for

20

opening and closing arguments shall not be included within each side's 10 hours. Opening

21

statements shall not exceed 30 minutes for each side.  The Court will determine the length of

22

closing arguments at a later time.

23

The schedule for the week is tentatively as follows:

24

Monday, December 8, 2025:                          8:30 a.m. to 4:00 p.m.

25

**(45 min. break for lunch)**

26

Tuesday, December 9, 2025:                          8:30 a.m. to 4:00 p.m.

27

**(45 min. break for lunch)**

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1      Wednesday, December 10, 2025:            8:30 a.m. to 1:30 p.m.

2                                                      **(No break for lunch)**

3      Thursday, December 11, 2025:             8:30 a.m. to 4:00 p.m.

4                                                      **(45 min. break for lunch)**

5      Friday, December 12, 2025:                8:30 a.m. to TBD

**2. Short Form Complaints and Plaintiff Fact Sheets**

The parties presented a list of ten plaintiffs that have failed to submit a Short Form Complaint or Plaintiff Fact Sheet by the Court's stated deadline. (Dkt. No. 652 at 11.) Should Defendants seek dismissal of the plaintiffs for failure to submit these papers, they may file a combined motion to dismiss the ten plaintiffs. The parties shall meet and confer regarding a process for the dismissals.

**3. Motions to Appoint Guardians *ad Litem***

The Court adopts the tentative ruling stated in the Proposed Agenda For November 5, 2025 Further CMC. (*See* Dkt. No. 653.) In sum, all current plaintiffs—as well as those that file between the date of this Order and November 21, 2025—shall file a motion to appoint a guardian *ad litem*, if necessary, by **December 3, 2025**.

**4. Effect of the Court's October 1, 2025 Dismissal Order**

As discussed during the conference, the parties shall meet and confer to propose a stipulation regarding preservation of claims against the defendants previously dismissed from the Amended Master Complaint for purposes of appeal.

**5. November 20, 2025 Further CMC**

The further case management conference scheduled for November 20, 2025, at 9:00 a.m. remains on calendar. The conference shall take place via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: November 6, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2