Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>**PLAINTIFFS' DECEMBER 3, 2025 CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM*** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 17 and this Court's July 24, 2025 Order (Dkt. 554), Plaintiffs' Liaison Counsel hereby submits Plaintiffs' December 3, 2025 Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*. Plaintiffs' Consolidated *Ex Parte* Application, and the attachments filed concurrently herewith, contain *Ex Parte* Applications for Appointment of Guardian *Ad Litem*, consistent with Attachment A to Pretrial Order No. 14, for individual Plaintiffs who are minors or who are persons who lack legal capacity to make legal decisions, and whose cases have been filed or transferred to this MDL.

Additionally, this Consolidated *Ex Parte* Application contains two Applications for Appointment of Guardian *Ad Litem* for adult Plaintiffs, who lack the legal capacity to sue, as determined by the law of the Adult Plaintiffs' domicile.

The following Plaintiffs have enclosed an Application for Appointment of Guardian *Ad Litem*. The Applications are attached as Exhibits 1-154.

| Case Name | CAND Case No. | Guardian ad Litem Name | Ex. No. |
|---|---|---|---|
| M.V. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10063 | Meriesa Aldama | 1 |
| C.J. v. Gerber Products Company, et al. | 3:25-cv-08384 | Ailleen Jones | 2 |
| Harding v. Gerber Products Company, et al. | 3:25-cv-08729 | Linda Gail Caffery | 3 |
| L.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09232 | Jennifer Malta | 4 |
| J.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09228 | Colleen McNally | 5 |
| L.S. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10111 | Shannon Summer | 6 |
| K.T. v. The Campbell's Company, et al. | 3:25-cv-10129 | Ariel Li | 7 |
| P.T. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09417 | Cassandra Thomas | 8 |
| A.E. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09416 | Melisa Bridge | 9 |
| A.F. v. Gerber Products Company, et al. | 3:25-cv-09509 | Victoria Finnegan | 10 |
| B.D. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09610 | Lisa Doyle | 11 |
| J.D. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09610 | Lisa Doyle | 12 |
| J.S. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09607 | Kristinna Sanchez | 13 |
| J.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10104 | Christina Atkinson | 14 |
| N.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10102 | Jennifer Wojtkowiak | 15 |
| S.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10136 | Antishea McDuffie-Burrell | 16 |
| J.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10135 | Megan Barry | 17 |
| G.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10117 | Marie Lockett | 18 |

| Case Name | CAND Case No. | Guardian ad Litem Name | Ex. No. |
|---|---|---|---|
| L.S. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10128 | Luciana Teixeira | 19 |
| B.E. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10122 | Jessica Liddell | 20 |
| G.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10127 | Cheyenne Gardner | 21 |
| A.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10113 | Alexys Taylor | 22 |
| P.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10116 | Lisa Seaton | 23 |
| L.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10116 | Lisa Seaton | 24 |
| R.R. v. Gerber Products Company, et al. | 3:25-cv-10134 | Kristina Vogt | 25 |
| Knight-Smith v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10123 | Kogee Dozier | 26 |
| C.L. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10090 | Elizabeth Cole | 27 |
| J.L. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10098 | Magda Lopez | 28 |
| M.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10097 | Mark Mora | 29 |
| A.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10097 | Mark Mora | 30 |
| N.O. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10126 | Shannon O'Keefe | 31 |
| I.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10124 | Ana Perez | 32 |
| R.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10133 | Janelle Gajadhar | 33 |
| H.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10131 | Deanna Poston | 34 |
| I.R. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10112 | Joy Riggs | 35 |
| N.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09759 | Ashley Howard | 36 |
| V.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09761 | Carolanne Chapman | 37 |
| A.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10081 | Alexis Luna | 38 |
| A.N. v. Gerber Products Company, et al. | 3:25-cv-10088 | Belinda Ngelale | 39 |
| D.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10092 | Chelsey Thomas | 40 |
| B.L. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10055 | Ciera Brown | 41 |
| A.C. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10056 | Elisabeth Coker | 42 |
| J.C. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10095 | Raven Britton | 43 |
| A.L. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10101 | Summer Lewis | 44 |
| B.D. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10061 | Tatiana Dias | 45 |
| J.W. v. Beech Nut Nutrition Company, et al. | 3:25-cv-10076 | Tiffanie Gunness | 46 |
| D.J. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09218 | Steevenson Jolicoeur | 47 |
| Z.Z. v. Gerber Products Company, et al. | 3:25-cv-08596 | Leyang Zhang | 48 |
| S.S. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09220 | Shaylynn Rembert | 49 |
| D.M. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09223 | Kay Morton | 50 |
| J.W. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09242 | Olamae Wells | 51 |
| N.C. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09327 | Krystal Catia | 52 |
| N.B. v. Gerber Products Company, et al. | 3:25-cv-09244 | Heather Strickland Burnett | 53 |
| D.B. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09247 | David Brent Barker | 54 |
| E.D. v. Beech Nut Nutrition Company, et al. | 3:25-cv-09245 | Galen Dempster | 55 |
| A.T.R. v. The Campbells Company, et al. | 3:25-cv-09246 | Tamara Takacs | 56 |
| L.W. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09250 | Hope Wright | 57 |
| R.V. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09282 | Joseph Velovic | 58 |
| V.D. v. Gerber Products Company, et al. | 3:25-cv-09252 | Heather Jarrett | 59 |
| L.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09283 | Stephanie Bethea | 60 |
| K.R. v. Gerber Products Company, et al. | 3:25-cv-09284 | Crystal Cooper | 61 |

| Case Name | CAND Case No. | Guardian ad Litem Name | Ex. No. |
|---|---|---|---|
| J.W. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09337 | Jennifer Patrick | 62 |
| L.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09253 | Norice Jones | 63 |
| R.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09285 | Raphael McDonald Sr. | 64 |
| B.E. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09001 | Tierra Robinson | 65 |
| N.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09380 | Marjorie Valle | 66 |
| M.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09287 | Steianta Sinegal | 67 |
| X.D. v. Gerber Products Company, et al. | 3:25-cv-09256 | Mariena Conrad | 68 |
| V.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09258 | Jessica Gonzalez | 69 |
| L.T.L. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09298 | Tamara Takacs | 70 |
| L.V. v. Gerber Products Company, et al. | 3:25-cv-09382 | Daniel Vitale | 71 |
| N.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09384 | Selena Cain | 72 |
| G.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09385 | Corinne Gavigan | 73 |
| L.W. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09386 | Marquita Williams | 74 |
| L.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09199 | Brittany Starr-Jackson | 75 |
| R.H. v. The Campbells Company, et al. | 3:25-cv-09389 | Chanel Cesaire | 76 |
| S.T. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09395 | Kimberly Towe | 77 |
| M.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09351 | Rachel Smith | 78 |
| D.V. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09339 | Monica Vidal | 79 |
| N.V. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09379 | Nikol Viskovic | 80 |
| R.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09300 | Ashley Milner | 81 |
| I.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09301 | Ashley Milner | 82 |
| B.B. v. The Campbells Company, et al. | 3:25-cv-09305 | Kaira Harris | 83 |
| M.S. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09306 | Denise Wells | 84 |
| R.S. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09308 | Melissa Frazier | 85 |
| Q.N. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09269 | Angelle Gros | 86 |
| T.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09344 | Jeffery Ballard | 87 |
| T.I. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09309 | Sarena Gilmore | 88 |
| B.L. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09325 | Jesus Lora | 89 |
| J.B. v. The Campbells Company, et al. | 3:25-cv-09326 | Emily Blalock | 90 |
| O.T. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10060 | Jasmine Rodriquez | 91 |
| R.H. v. Beech-Nut Nutrition Company, et al. | 4:25-cv-10071 | Gertrude McKenzie | 92 |
| M.D. v. Gerber Products Company, et al. | 3:25-cv-00987 | Ana Dominguez | 93 |
| M.E. v. Gerber Products Company, et al. | 3:25-cv-10057 | Joshua L. Evans | 94 |
| S.J. v. Gerber Products Company, et al. | 3:25-cv-09985 | Marie Perri | 95 |
| D.K. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10053 | Colleen Beaumont | 96 |
| V.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10013 | Sharon Taylor | 97 |
| N.T. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10021 | Edgar Tchassem | 98 |
| C.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10049 | Damone Heins | 99 |
| E.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10050 | Damone Heins | 100 |
| N.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10048 | Damone Heins | 101 |
| N.W. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10120 | Preston Whitefield | 102 |
| J.T. v. Gerber Products Company | 3:25-cv-10058 | Junisha S. Stewart | 103 |

| Case Name | CAND Case No. | Guardian ad Litem Name | Ex. No. |
|---|---|---|---|
| R.E. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09948 | Carly Lynne Epstein | 104 |
| K.D. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10038 | Ashley Dixon | 105 |
| J.G. v. Gerber Products Company, et al. | 3:25-cv-10052 | Deadra Grayson | 106 |
| O.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09545 | Oluwatosin | 107 |
| A.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09855 | Gloria A. Jubrey | 108 |
| J.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09859 | Lauren Amiott | 109 |
| T.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10073 | Evelyn White | 110 |
| S.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10096 | Poala Belliu | 111 |
| Z.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10008 | Nicole Porter | 112 |
| B.A. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09576 | Michael Tyrone Bostick | 113 |
| J.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09961 | Jeerika Maragh | 114 |
| W.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10006 | Sarah Thorne | 115 |
| L.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09857 | Latoya Flinch | 116 |
| T.C. v. Gerber Products Company, et al. | 3:25-cv-09592 | Thomika Charite | 117 |
| T.C. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10004 | Maria Melendez Collier | 118 |
| T.D. v. Walmart, Inc., et al. | 3:25-cv-10016 | Kelly Chaney | 119 |
| J.D. v. Gerber Products Company, et al. | 3:25-cv-09577 | Joseph De Lissio | 120 |
| D.S. v. Gerber Products Company, et al. | 3:25-cv-09572 | Frank Sessa | 121 |
| Z.F. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09851 | Elizabeth Farias Reemsnyder | 122 |
| D.F. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09858 | Davon Fewell | 123 |
| D.M. v. Gerber Products Company, et al. | 3:25-cv-08781 | Omar Miranda | 124 |
| A.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-08718 | Chaseedaw M. Johnson | 125 |
| V.R. v. Gerber Products Company, et al. | 3:25-cv-08715 | Danijela Krizan | 126 |
| S.D. v. Gerber Products Company, et al. | 3:25-cv-09034 | Mark Daniels II | 127 |
| M.B. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10000 | Aysha Tyeryar | 128 |
| N.S. v. Gerber Products Company, et al. | 3:25-cv-09035 | Brian Stoerzinger Jr. | 129 |
| S.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10002 | Guerline Robuste | 130 |
| T.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09954 | Lorrie Gilliam-Garvins | 131 |
| L.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-08883 | Ashley Gallagher | 132 |
| R.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09695 | Sophia Avila | 133 |
| N.G. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09951 | Dinka Gudar | 134 |
| J.H. v. Gerber Products Company, et al. | 3:25-cv-09698 | Mary Hanna | 135 |
| H.H. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09699 | Kathy Grabowski | 136 |
| F.J. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09856 | Cherish R. Gentle | 137 |
| B.L. v. Gerber Products Company, et al. | 3:25-cv-10093 | Kimberly Woods-Loyd | 138 |
| A.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09852 | Donna Matela | 139 |
| D.A.M.T.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09964 | Katharine Claudia Janeen Thomas | 140 |
| K.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09853 | Anitra Monteiro | 141 |

| Case Name | CAND Case No. | Guardian ad Litem Name | Ex. No. |
|---|---|---|---|
| C.M. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09996 | Jeanette Mann-Morgan | 142 |
| A.N. v. Gerber Products Company, et al. | 3:25-cv-10080 | Nelson Naeger | 143 |
| A.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09995 | Ivory McGee | 144 |
| S.P. v. Gerber Products Company, et al. | 3:25-cv-10001 | Sergio Polo | 145 |
| N.P. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09876 | Tammy Haddock | 146 |
| G.R. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09997 | Cindy Ramirez | 147 |
| G.R. v. Gerber Products Company, et al. | 3:25-cv-07484 | Amanda Traylor | 148 |
| M.S. v. Gerber Products Company, et al. | 3:25-cv-09999 | Candice Gavidia | 149 |
| G.T. v. Gerber Products Company, et al. | 3:25-cv-09957 | Kerry Tillman | 150 |
| J.T. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10014 | Rita Swain | 151 |
| N.V. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-0996 | Alicea Vazquez | 152 |
| E.W. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-10018 | Steven Walker | 153 |
| M.Y. v. Beech-Nut Nutrition Company, et al. | 3:25-cv-09693 | Maryann Yates | 154 |

Date: December 3, 2025

Respectfully submitted,

*/s/ Monique Alarcon*
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Plaintiff's Liaison Counsel*

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2025, I electronically filed the foregoing Joint Statement with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Monique Alarcon*
Monique Alarcon