1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>**ORDER PERMITTING PLAINTIFFS TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR DAUBERT HEARING**<br><br>Date:      December 8-12, 2025<br>Time:      9:00 a.m. PT<br>Location:  Courtroom 8<br>           19th Floor 450 Golden Gate Ave.<br>           San Francisco, CA 94102 |

In connection with the December 8-12, 2025 Daubert hearing in this matter, Plaintiffs are permitted to bring the following equipment into the courthouse:

- Easel
- Flipboard
- Printers (to store in attorney/witness rooms)
- Laptops (for personal attorney use)
- iPads (for personal attorney use)
- Monitor(s)
- Gaffer's Tape
- VGA to HDMI Connection Cords
- Wheeled Utility Cart

The printers will be set up on Monday, December 8, 2025 at 8:00 AM. Laptops and the remainder of the equipment also may be brought in as needed each day during the hearing.

Plaintiffs also respectfully request the Court's permission to set up their electronic devices in the courtroom on December 8, 2025 at 7:45 AM, to facilitate the timely and orderly conduct of the hearing.

**IT IS SO ORDERED.**

Dated: _____

Hon. Jacqueline Scott Corley
United States District Judge