**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-301-JSC |
| | MDL No. 3101 |
| This document relates to: | Hon. Jacqueline Scott Corley |
| ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' DECEMBER 24, 2025 CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM*** |

Having considered Plaintiffs' December 3, 2025 Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem,* filed pursuant to Fed. R. Civ. P. 17 and this Court's July 24, 2025 Order (Dkt. 554) and for good cause shown:

The Court finds it is reasonable and necessary to appoint a guardian *ad item* for the Minor Plaintiffs identified in Exhibits 1-4 of Plaintiffs' December 24, 2025 Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem*.

The Court orders that the Applicants identified in Exhibits 1-4 are hereby appointed as guardian *ad litem* for the Plaintiffs, as identified in their respective applications.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' DECEMBER 24, 2025 CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM*

**CERTIFICATE OF SERVICE**

I certify that on December 24, 2025, I electronically filed the foregoing Proposed Order with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

By: *Monique Alarcon*
Monique Alarcon

*Liaison Counsel for Plaintiffs*

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' DECEMBER 24, 2025 CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM*