**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 24-MD-301-JSC<br><br>MDL No. 3101<br>Hon. Jacqueline Scott Corley<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' FEBRUARY 3, 2026 CONSOLIDATED** *EX PARTE* **APPLICATION FOR APPOINTMENTS OF GUARDIANS** *AD LITEM* |

Having considered Plaintiffs' February 3, 2026 Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem,* filed pursuant to Fed. R. Civ. P. 17 and this Court's July 24, 2025 Order (Dkt. 554) and for good cause shown:

The Court finds it is reasonable and necessary to appoint a guardian ad item for the Minor Plaintiffs identified in Exhibits 1-3 of Plaintiffs' February 3, 2026 Consolidated *Ex Parte* Application for Appointments of Guardians *Ad Litem*. The Court also finds it is reasonable and necessary to appoint a guardian *ad litem* for the Adult Plaintiffs identified in Exhibit 4 of Plaintiffs' February 3, 2026 Consolidated *Ex Parte* Application, who lacks the legal capacity to sue, as determined by the law of the Adult Plaintiff's domicile.

///

///

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' FEBRUARY 3, 2026 CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENTS OF GUARDIANS *AD LITEM*

The Court orders that the Applicants identified in Exhibits 1-4 are hereby appointed as guardian *ad litem* for the Plaintiffs, as identified in their respective applications.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge