**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-301-JSC |
| | MDL 3101 |
| | Hon. Jacqueline Scott Corley |
| This document relates to: | **JOINT STATEMENT PURSUANT TO FEBRUARY 27, 2026 ORDER** |
| ALL ACTIONS | Date:       April 2, 2026<br>Time:       9:00 a.m. PT<br>Location:  Courtroom 8<br>               19th Floor 450 Golden Gate Ave.<br>               San Francisco, CA 94102 |

Pursuant to the Court's February 27, 2026 Order re Defendants' Motion to Exclude Plaintiffs' Expert Witnesses (Dkt. 710), the Parties submit this Joint Statement in advance of the April 2, 2026 Case Management Conference.

**I.      Appearance by Zoom**

Plaintiffs request that this Case Management Conference occur remotely. Plaintiffs' Co-Lead counsel are trying a case beginning April 9, 2026 in Philadelphia (paraquat litigation), and the trial court set the final pretrial conference for April 2, 2026, which requires the physical presence of all trial counsel. Defendants do not oppose this request.

**II.      Summary Judgment and Next Steps in the Litigation**

On February 27, 2026, the Court entered its Order on Defendants' motion to exclude Plaintiffs' experts who produced reports regarding general causation, granting the motion as to

Drs. Hannah Gardener, Howard Hu, Beate Ritz, Michael Aschner, Tomas Guilarte, and Rachael Jones, as well as Ms. Pricilla Barr. As to Dr. Kevin Shapiro, who did not offer a general causation opinion, the Court denied Defendants' motion. (Dkt. 710)

Defendants' position is that Plaintiffs, having no admissible general causation expert testimony, cannot show general causation. Defendants discussed with Plaintiffs the entry of a Stipulated Order granting summary judgment as to Defendants, but the parties were unable to reach agreement. Plaintiffs' position is that the Court's *Daubert* order, because it is based on excluding hypothetical menus that would not apply in an individual Plaintiff's case, cannot form the basis of dismissing any Plaintiff's case. Before summary judgment is appropriate, causation with an actual Plaintiff's actual menu, needs to be addressed. Given this disagreement, Defendants will move for summary judgment. The parties propose the following briefing schedule to accommodate Plaintiffs' counsel's trial schedule:

Motion for Summary Judgement: May 1, 2026

Opposition: May 29, 2026

Reply: June 15, 2026

Hearing: June 25, 2026

**III.    Dismissed Defendants**

The parties have reached a stipulation and proposed order to address the previously dismissed Defendants. The parties respectfully request that the Court enter that order.

Respectfully submitted,

Dated: March 26, 2026                    **DLA PIPER LLP (US)**

By: */s/ Brooke Killian Kim*
Brooke Killian Kim (SBN: 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

2

JOINT STATEMENT PURSUANT TO FEBRUARY 27, 2026 ORDER

Dated: March 26, 2026                                  **WAGSTAFF LAW FIRM**


By: */s/ Aimee H. Wagstaff*
Aimee H. Wagstaff (SBN: 278480)
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360
E-mail: awagstaff@wagstafflawfirm.com

Dated: March 26, 2026                                  **WISNER BAUM LLP**


By: */s/ Brent Wisner*
Brent Wisner (SBN: 276023)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
E-mail: rbwisner@wisnerbaum.com

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

3

JOINT STATEMENT PURSUANT TO FEBRUARY 27, 2026 ORDER

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Brooke Killian Kim*
Brooke Killian Kim

JOINT STATEMENT PURSUANT TO FEBRUARY 27, 2026 ORDER