BROOKE KILLIAN KIM, SBN 239298
brooke.kim@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92101-2133
Telephone: 619.699.3439
Facsimile: 619.699.2701

*Attorney for Defendant Nurture, LLC*
*and Liaison Counsel for Defendants*

AIMEE H. WAGSTAFF, SBN 278480
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361

*Attorneys for Plaintiffs*
*and Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 24-MD-3101-JSC<br><br>MDL 3101<br><br>**STIPULATION REGARDING DISMISSAL OF CERTAIN DEFENDANTS** |

**THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The Parties stipulate as follows:

1.     On July 15, 2024, Plaintiffs filed a Master Complaint (ECF No. 197) alleging claims against 14 Defendants:

- Beech-Nut Nutrition Company
- Campbell Soup Company
- Danone S.A.
- Gerber Products Company
- Hain Celestial Group, Inc.
- Hero A.G.
- Neptune Wellness Solutions
- Nestlé Holdings, Inc.
- Nestlé S.A.
- Nurture, LLC
- Plum, PBC
- Sprout Foods, Inc.
- Sun-Maid Growers of California
- Walmart, Inc.

2.     On January 16, 2025, Plaintiffs voluntarily dismissed Nestlé Holdings, Inc. from all actions. *See* ECF No. 333.

3.     On March 17, 2025, the Court ruled on several motions to dismiss the Master Complaint and entered an order (posted to the docket on April 2, 2025 in amended form) dismissing the Master Complaint as to Defendants Campbell Soup Company, Danone S.A., Hero A.G., Nestlé S.A., and Sun-Maid Growers of California, and affording Plaintiffs an opportunity to file an amended Master Complaint as to Sun-Maid Growers of California and Campbell Soup Company. *See* ECF No. 447.

4.     On April 16, 2025, Plaintiffs filed an Amended Master Complaint, *see* ECF No. 451, alleging claims against 15 Defendants:

- Beech-Nut Nutrition Company
- Campbell Soup Company
- Danone North America, PBC
- Danone Nutricia Nederland B.V.
- Gerber Products Company
- Hain Celestial Group, Inc.

- Neptune Wellness Solutions
- Nestlé Enterprises S.A.
- Nestlé USA, Inc.
- Nurture, LLC
- Plum, PBC
- Société des Produits Nestlé S.A.
- Sprout Foods, Inc.
- Sun-Maid Growers of California
- Walmart, Inc.

5. On April 28, 2025, the Court entered PTO 16 requiring all Plaintiffs to adopt the Master Complaint by filing a Short Form Complaint ("SFC"). ECF No. 467. The SFC adopted and incorporated by reference allegations in the Master Complaint and purported to state a claim against each Defendant only through adoption of allegations in the Master Complaint.

6. On August 20, 2025, Plaintiffs voluntarily dismissed all actions as to Danone Nutricia Nederland B.V. ECF No. 577.

7. On October 1, 2025, the Court ruled on multiple motions to dismiss the Amended Master Complaint and entered an order (later filed in redacted form on October 29, 2025) dismissing the Amended Master Complaint without leave to amend as to Defendants Danone North America, PBC, Nestlé Enterprises S.A., Société des Produits Nestlé S.A, and Sun-Maid Growers of California. *See* ECF Nos. 622 and 644. The Court also granted, without leave to amend, the motion of Defendant Nestlé USA, Inc. to dismiss the claims against it for lack of personal jurisdiction, except as to Georgia plaintiffs. On November 5, 2025, after supplemental briefing, the Court entered an order granting Nestlé USA, Inc.'s motion to dismiss the Georgia plaintiffs' claims for failure to state a claim, without leave to amend. ECF No. 654.

8. Accordingly, given the aforementioned rulings and voluntary dismissals, the Amended Master Complaint does not allege a claim against Defendants Danone S.A., Danone Nutricia Nederland B.V., Danone North America, PBC, Hero A.G., Nestlé Holdings, Inc., Nestlé USA, Inc., Nestlé S.A., Nestlé Enterprises S.A., Société des Produits Nestlé S.A, or Sun-Maid Growers of California (the "Dismissed Defendants"). With the dismissal of the Dismissed Defendants, the SFC also contains no allegations against the Dismissed Defendants sufficient to state a cause of action against any of the Dismissed Defendants.

9.      The Plaintiffs identified in Appendix A ("Appendix A Plaintiffs") filed a complaint and/or SFC naming one or more of the Dismissed Defendants. Appendix A Plaintiffs contend that naming the Dismissed Defendants was necessary to preserve any right of appeal that a plaintiff may have as to the Court orders dismissing claims against the Dismissed Defendants from the Master Complaint and/or Amended Master Complaint.

10.     Nevertheless, the Appendix A Plaintiffs are not pursuing claims against the Dismissed Defendants at this time because the Court's orders do not permit it. The Parties therefore agree and stipulate to dismiss the Dismissed Defendants from each of the cases identified in Appendix A. The Parties agree and stipulate that the Appendix A Plaintiffs preserve all rights, to the extent such rights exist, to pursue appeals of the Court's orders dismissing the Dismissed Defendants upon entry of a final appealable judgment. This stipulation is meant to preserve, and in no way waives, the rights of the Appendix A Plaintiffs to appeal the Court's orders.

11.     Nothing in this stipulation waives or affects the Appendix A Plaintiffs' obligations, to extent such obligations exist under the law, to serve the Dismissed Defendants with process in individual cases. The Dismissed Defendants expressly preserve their rights, to the extent such rights exist, to be served with process under the Hague Convention, among all other rights and defenses.

The parties respectfully request that the Court enter this Stipulation.


Respectfully submitted,


Dated: March 26, 2026          DLA PIPER LLP (US)


By: */s/ Brooke K. Kim*
Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

Dated: March 26, 2026                    WAGSTAFF LAW FIRM


By: */s/ Aimee H. Wagstaff*
Aimee H. Wagstaff (CA Bar No. 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
E-mail: awagstaff@wagstafflawfirm.com

*Liaison Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN DEFENDANTS
CASE NO. 24-MD-3101-JSC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING DISMISSAL OF CERTAIN DEFENDANTS** |

In view of the stipulation of the parties, and good cause therefor, the Court dismisses the following Defendants from the cases identified in Appendix A: Danone S.A., Danone Nutricia Nederland B.V., Danone North America, PBC, Hero A.G., Nestlé Holdings, Inc., Nestlé USA, Inc., Nestlé S.A., Nestlé Enterprises S.A., Société des Produits Nestlé S.A, and Sun-Maid Growers of California (the "Dismissed Defendants").

**IT IS SO ORDERED.**

Dated: _____

_____
**Honorable Jacqueline S. Corley**
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Brooke Killian Kim*
Brooke Killian Kim

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN DEFENDANTS
CASE NO. 24-MD-3101-JSC

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Brooke Killian Kim*
Brooke Killian Kim

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN DEFENDANTS
CASE NO. 24-MD-3101-JSC