**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] **ORDER REGARDING DISMISSAL OF CERTAIN DEFENDANTS** |

In view of the stipulation of the parties, and good cause therefor, the Court dismisses the following Defendants from the cases identified in Appendix A: Danone S.A., Danone Nutricia Nederland B.V., Danone North America, PBC, Hero A.G., Nestlé Holdings, Inc., Nestlé USA, Inc., Nestlé S.A., Nestlé Enterprises S.A., Société des Produits Nestlé S.A, and Sun-Maid Growers of California (the "Dismissed Defendants").

**IT IS SO ORDERED.**

_____
**Honorable Jacqueline Scott Corley**
United States District Judge

Dated: March 31, 2026