UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No.  24-md-03101-JSC |
| This document relates to:  ALL ACTIONS | **PRETRIAL ORDER NO. 20**  Re: Dkt. No. 636 |

This Order confirms the matters discussed during the April 2, 2026 further case management conference.

### 1.  Motion for Summary Judgment

The Court adopts the following schedule for briefing Defendants' forthcoming motion for summary judgment:

- Defendants' Motion: **May 1, 2026**
- Plaintiffs' Opposition: **May 29, 2026**
- Defendants' Reply: **June 15, 2026**

The hearing on Defendants' motion will take place at 2:30 p.m. on **July 9, 2026**, in person. Defendants shall identify the cases to which their motion for summary judgment applies.

### 2.  Stipulated Dismissals

The parties have jointly stipulated to the dismissal of certain defendants.  (Dkt. Nos. 717, 719.)  For the reasons stated during the conference, the Court **DENIES** Plaintiffs' motion for leave to amend the Master Complaint, without prejudice.  (*See* Dkt. No. 636.)  Plaintiffs may renew their motion at an appropriate time.

The parties shall meet and confer to discuss whether the Court should presently resolve the

pending motion for leave to file a motion for reconsideration in the *Watkins* case.  (*See* Dkt. No. 682.)  If the parties cannot come to an agreement, each side may submit a brief of no more than five (5) pages, explaining their positions.

### 3. Confirming Subject-Matter Jurisdiction

The parties shall meet and confer to determine a method for confirming diversity jurisdiction as to each case.

### 4. Continued Transfer of Cases

The parties shall meet and confer regarding a stipulated stay of the cases in the MDL pending resolution of the summary judgment motion.

This Order disposes of Docket No. 636.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California