LIVIA M. KISER (SBN 285411)
MICHAEL ANTHONY LOMBARDO (SBN 311365)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
E-mail: lkiser@kslaw.com
E-mail: mlombardo@kslaw.com

TODD P. DAVIS (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
E-mail: tdavis@kslaw.com

*Attorneys for Defendants Beech-Nut Nutrition Company and Walmart Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 3:24-md-3101-JSC |
| | MDL 3101 |
| | Hon. Jacqueline Scott Corley |
| This Document Relates to: | **DECLARATION OF LIVIA M. KISER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| ALL ACTIONS | |

DECLARATION OF LIVIA M. KISER

CASE NO. 3:24-MD-3101-JSC
MDL 3101

I, Livia M. Kiser, hereby declare as follows:

1.    I am an attorney with the law firm of King & Spalding LLP, a member in good standing of the State Bar of California, and admitted to practice before this court.  I am counsel of record in this action for Beech-Nut Nutrition Company and Walmart Inc.

2.    I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

3.    I make this declaration in support of Defendants' Motion for Summary Judgment.

4.    Attached as **Exhibit 1** is a true and correct copy of the full transcript of the hearing held on Monday, March 23, 2026 in *Baby Food Litig. JCCP 5317*, No.  23STCV24844 (Cal. Super. Ct.) before Judge Riff.

5.    Attached as **Exhibit 2** is a true and accurate list of actions filed in or transferred to the MDL on or before November 21, 2025.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 1st day of May, 2026, Chicago, Illinois.

     */s/ Livia M. Kiser*
     LIVIA M. KISER

1

DECLARATION OF LIVIA M. KISER                                    CASE NO. 3:24-MD-3101-JSC
                                                                MDL 3101