# EXHIBIT 2

| Plaintiff | Guardian/ Representative | Docket No for SFC | Original Complaint Filing Date |
|---|---|---|---|
| A.A. | Atkinson | 3:25-cv-10104 | 11/21/2025 |
| A.A. | Jubrey | 3:25-cv-09855 | 11/15/2025 |
| A.A. | Witsmeer | 3:24-cv-08515 | 11/26/2024 |
| A.A. | Alice | 3:25-cv-04695 | 6/4/2025 |
| A.A./M.A. | Vale-Ayala | 3:23-cv-06087 | 11/22/2023 |
| A.B. | Major | 3:25-cv-05400 | 6/27/2025 |
| A.C. | Coker | 3:25-cv-10056 | 11/21/2025 |
| A.C. | Tejada | 3:25-cv-01385 | 2/10/2025 |
| A.D. | Jackson | 3:25-cv-00975 | 1/30/2025 |
| A.E. | Bridge | 3:25-cv-09416 | 10/31/2025 |
| A.F. | Dicicco | 3:25-cv-03472 | 4/18/2025 |
| A.F. | Finnegan | 3:25-cv-09509 | 11/4/2025 |
| A.G.* | Glover | 3:25-cv-10113 | 11/21/2025 |
| A.H. | Luna | 3:25-cv-10081 | 11/21/2025 |
| A.H. | Hernandez | 3:25-cv-05693 | 3/8/2024 |
| A.J. | Johnson | 3:25-cv-08718 | 10/10/2025 |
| A.K. | Keesling | 3:25-cv-05697 | 2/7/2024 |
| A.K. | Kovach | 3:25-cv-07301 | 8/29/2025 |
| A.K. | Correa | 3:25-cv-08334 | 9/30/2025 |
| A.L.* | Lewis | 3:25-cv-10101 | 11/21/2025 |
| A.L. | Agodon | 3:24-cv-04232 | 4/24/2024 |
| A.L.R.H. | Harlow | 3:25-cv-05659 | 3/8/2024 |
| A.M. | Miranda | 3:25-cv-09267 | 10/28/2025 |
| A.M. | Matela | 3:25-cv-09852 | 11/15/2025 |
| A.M. | Menyfield | 3:25-cv-03288 | 4/11/2025 |
| A.M. | Mohammed | 3:24-cv-07334 | 10/21/2024 |
| A.M. | Cepeda | 3:24-cv-05866 | 8/23/2024 |
| A.M. | Moye | 3:25-cv-01114 | 2/3/2025 |
| A.M. | Muhammad | 3:25-cv-03459 | 4/18/2025 |
| A.M./M.M. | Mora | 3:25-cv-10097 | 11/21/2025 |
| A.N. | Naeger | 3:25-cv-10080 | 11/21/2025 |
| A.N. | Ngelale | 3:25-cv-10088 | 11/21/2025 |
| A.N.R. | Norton | 3:25-cv-05663 | 2/7/2024 |
| A.P. | McGee | 3:25-cv-09995 | 11/20/2025 |
| A.R. | Jackson | 3:25-cv-07623 | 9/8/2025 |
| A.S. | Pugh | 3:25-cv-00529 | 1/15/2025 |
| A.T.* | Thompson | 3:25-cv-03002 | 4/1/2025 |
| A.T. | Thomas | 3:24-cv-08093 | 11/18/2024 |
| A.T. | Tomahn | 3:23-cv-06344 | 12/8/2023 |
| A.T.R. | Takacs | 3:25-cv-09335 | 10/28/2025 |
| A.T.R. | Takacs | 3:25-cv-09246 | 10/28/2025 |

| A.V. | Garcia | 3:24-cv-02479 | 3/26/2024 |
|---|---|---|---|
| A.V.M. | Morejon | 3:25-cv-01082 | 2/3/2025 |
| A.W. | Faulkner | 3:24-cv-07643 | 11/4/2024 |
| Arianna Baquero Bullock and Andres Baquero | Bullock | 3:25-cv-08674 | 6/20/2025 |
| B.B. | Bostick | 3:25-cv-09576 | 11/6/2025 |
| B.B.* | Harris | 3:25-cv-09305 | 10/29/2025 |
| B.B. | Uremovic | 3:25-cv-01113 | 2/3/2025 |
| B.B. | Zavala | 3:24-cv-02481 | 3/22/2024 |
| B.D. | Dias | 3:25-cv-10061 | 11/21/2025 |
| B.D. | Gellinger | 3:25-cv-05658 | 3/8/2024 |
| B.D./J.D. | Doyle | 3:25-cv-09610 | 11/6/2025 |
| B.E.* | Robinson | 3:25-cv-09001 | 10/20/2025 |
| B.E. | Liddell | 3:25-cv-10122 | 11/21/2025 |
| B.J. | Grant | 3:25-cv-03126 | 4/7/2025 |
| B.K.L. | Long | 3:25-cv-05698 | 3/8/2024 |
| B.L. | Brown | 3:25-cv-10055 | 11/21/2025 |
| B.L. | Lora | 3:25-cv-09325 | 10/30/2025 |
| B.L. | Woods-Lloyd | 3:25-cv-10093 | 11/21/2025 |
| B.L. | Tyler | 3:25-cv-01172 | 2/4/2025 |
| B.L.J. | Lopez | 3:25-cv-05699 | 2/7/2024 |
| B.M. | Rivera | 3:25-cv-01699 | 2/18/2025 |
| B.M. | Martin | 3:25-cv-05660 | 3/8/2024 |
| B.M.C. | Croom | 3:25-cv-05703 | 3/8/2024 |
| B.P. | Page | 3:25-cv-09330 | 10/30/2025 |
| B.P. | Alvarez | 3:24-cv-02831 | 1/24/2024 |
| B.S. | Rinard | 3:24-cv-07749 | 11/6/2024 |
| B.W. | Woods | 3:25-cv-02480 | 3/12/2025 |
| Braxton, Richard | | 3:25-cv-03092 | 4/4/2025 |
| Brown, Jahleel | Brown | 3:25-cv-08854 | 10/15/2025 |
| C.C. | Carter | 3:25-cv-08371 | 10/1/2025 |
| C.C. | Velez | 3:25-cv-05702 | 3/8/2024 |
| C.C. | Collier | 3:25-cv-03003 | 4/1/2025 |
| C.D. | Miller | 3:25-cv-10130 | 11/21/2025 |
| C.F. | Emmanuel | 3:25-cv-09854 | 11/15/2025 |
| C.G. | Garcia | 3:24-cv-02480 | 1/22/2024 |
| C.H. | Heins & Kawasaki | 3:25-cv-10049 | 11/20/2025 |
| C.I. | Iglesias | 3:25-cv-03820 | 5/1/2025 |
| C.J. | Jones | 3:25-cv-08384 | 10/1/2025 |
| C.L. | Cole | 3:25-cv-10090 | 11/21/2025 |

| | | | |
|---|---|---|---|
| C.L./H.L. | Butcher | 3:24-cv-02486 | 2/7/2024 |
| C.M. | Mann-Morgan | 3:25-cv-09996 | 11/20/2025 |
| C.M. | Manning | 3:25-cv-01081 | 2/3/2025 |
| C.P. | Oakley | 3:25-cv-03823 | 2/5/2025 |
| C.R. | Reynolds | 3:25-cv-05664 | 2/7/2024 |
| C.S.* | Rodriguez | 3:25-cv-07299 | 8/29/2025 |
| C.Y. | Ju Yu | 3:25-cv-05981 | 7/16/2025 |
| C.Z. | Zimmerman | 3:24-cv-09124 | 12/17/2024 |
| Cole, Levante | Stribling | 3:25-cv-05707 | 3/8/2024 |
| D.A. | Armstrong | 3:25-cv-05524 | 7/1/2025 |
| D.B. | Barker | 3:25-cv-09247 | 10/28/2025 |
| D.B. | Bickers | 3:25-cv-04246 | 5/16/2025 |
| D.F. | Fewell | 3:25-cv-09858 | 11/15/2025 |
| D.G. | Thomas | 3:25-cv-10092 | 11/21/2025 |
| D.G. | Graham | 3:25-cv-01112 | 12/19/2024 |
| D.H. | Ferraro | 3:25-cv-04394 | 5/22/2025 |
| D.J. | Jolicoeur | 3:25-cv-09218 | 10/27/2025 |
| D.J. | Reynolds | 3:24-cv-01836 | 3/22/2024 |
| D.K. | Beaumont | 3:25-cv-10053 | 11/21/2025 |
| D.K. | Kelley | 3:24-cv-08517 | 11/26/2024 |
| D.L. | Tackett | 3:25-cv-08332 | 9/30/2025 |
| D.M.* | Morton | 3:25-cv-09223 | 10/27/2025 |
| D.M. | Thomas | 3:25-cv-09964 | 11/19/2025 |
| D.M. | Miranda | 3:25-cv-08781 | 10/14/2025 |
| D.M.P. , et al. | Morejon | 3:24-cv-02828 | 3/3/2023 |
| D.N. | Nagelmaker | 3:25-cv-03545 | 4/23/2025 |
| D.S. | Sorrentino | 3:25-cv-10109 | 11/21/2025 |
| D.S. | Sessa | 3:25-cv-09572 | 11/6/2025 |
| D.S. | Wilson | 3:24-cv-02823 | 12/4/2023 |
| D.V. | Vidal | 3:25-cv-09339 | 10/30/2025 |
| D.W. | Woodard | 3:24-cv-03835 | 6/4/2024 |
| D.W.M. | dos Santos | 3:25-cv-07626 | 9/8/2025 |
| Dunn, Amari | Dunn | 3:25-cv-05653 | 7/3/2025 |
| E.C. | Rossavik | 3:25-cv-02135 | 2/28/2025 |
| E.D. | Dempster | 3:25-cv-09245 | 10/28/2025 |
| E.F. | Freyre | 3:25-cv-01431 | 2/12/2025 |
| E.G. | Gross | 3:25-cv-01042 | 1/31/2025 |
| E.H. | Heins & Kawasaki | 3:25-cv-10050 | 11/20/2025 |
| E.J. | Morrison | 3:24-cv-08925 | 12/10/2024 |
| E.J. | Johnson | 3:24-cv-07292 | 10/18/2024 |
| E.J. | Jackson | 3:25-cv-03287 | 4/11/2025 |
| E.M. | Clark | 3:24-cv-02401 | 12/13/2023 |
| E.T. | Thomas | 3:24-cv-07289 | 10/18/2024 |

| | | | |
|---|---|---|---|
| E.T. | Turner | 3:25-cv-00976 | 1/30/2025 |
| E.V. | Vensko | 3:25-cv-03546 | 4/23/2025 |
| E.W. | Walker | 3:25-cv-10018 | 11/20/2025 |
| F.C. | Cascone | 3:24-cv-08284 | 11/21/2024 |
| F.J. | Gentle | 3:25-cv-09856 | 11/15/2025 |
| F.S. | Bruce | 3:24-cv-05162 | 8/15/2024 |
| G.A. | Acosta | 3:25-cv-01119 | 2/4/2025 |
| G.C. | Lockett | 3:25-cv-10117 | 11/21/2025 |
| G.G. | Gardner | 3:25-cv-10127 | 11/21/2025 |
| G.M. | Gavigan | 3:25-cv-09385 | 10/31/2025 |
| G.N. | Drake | 3:24-cv-07485 | 10/28/2024 |
| G.R. | Ramirez | 3:25-cv-09997 | 11/20/2025 |
| G.R.* | Traylor | 3:24-cv-07484 | 10/28/2024 |
| G.T. | Tillman | 3:25-cv-09957 | 11/19/2025 |
| G.W. | Williams | 3:24-cv-08705 | 12/4/2024 |
| H.G. | Gilmore | 3:25-cv-01047 | 1/31/2025 |
| H.H. | Grabowski | 3:25-cv-09699 | 11/11/2025 |
| H.N. | Nji | 3:24-cv-02402 | 12/22/2023 |
| H.P. | Poston | 3:25-cv-10131 | 11/21/2025 |
| Harding, Isaiah | Caffery | 3:25-cv-08729 | 10/10/2025 |
| Hoffman, Cody | | 3:25-cv-04196 | 5/15/2025 |
| I.A. | Akar | 3:25-cv-00063 | 1/3/2025 |
| I.B. | Height | 3:25-cv-07619 | 9/8/2025 |
| I.F. | Fortune-Brown | 3:24-cv-09126 | 12/17/2024 |
| I.F. | Figueroa | 3:25-cv-01049 | 1/31/2025 |
| I.H. | Milner | 3:25-cv-09301 | 10/29/2025 |
| I.M. | Anahi Robles | 3:25-cv-09215 | 10/27/2025 |
| I.M. | Medeiros | 3:25-cv-01387 | 2/10/2025 |
| I.N.M. | Jackson | 3:24-cv-07956 | 11/13/2024 |
| I.P. | Perez | 3:25-cv-10124 | 11/21/2025 |
| I.R. | Riggs | 3:25-cv-10112 | 11/21/2025 |
| I.S. | Sheikh | 3:25-cv-02377 | 3/7/2025 |
| J.A. | Amiott | 3:25-cv-09859 | 11/15/2025 |
| J.A. | McNally | 3:25-cv-09228 | 10/27/2025 |
| J.A. | Ayala | 3:24-cv-08098 | 11/18/2024 |
| J.A. | Bruno | 3:25-cv-01117 | 2/3/2025 |
| J.A.C. | Vazquez | 3:25-cv-10082 | 11/21/2025 |
| J.B. | Maragh | 3:25-cv-09961 | 11/19/2025 |
| J.B. | Blalock | 3:25-cv-09326 | 10/30/2025 |
| J.B. | Benge | 3:25-cv-05196 | 6/20/2025 |
| J.B.J. | Bland | 3:24-cv-07211 | 10/16/2024 |
| J.C. | Perry | 3:25-cv-07237 | 8/27/2025 |

| | | | |
|---|---|---|---|
| J.C. | Barry | 3:25-cv-10135 | 11/21/2025 |
| J.C. | Britton | 3:25-cv-10095 | 11/21/2025 |
| J.C. | Cordero | 3:25-cv-06968 | 8/18/2025 |
| J.D. | De Lissio | 3:25-cv-09577 | 11/6/2025 |
| J.D. | Diduch | 3:24-cv-07186 | 10/15/2024 |
| J.D. | Dor | 3:25-cv-01027 | 1/31/2025 |
| J.D. | Deprey | 3:25-cv-05390 | 6/27/2025 |
| J.D. | Gellinger | 3:25-cv-05006 | 6/12/2025 |
| J.E. | Eads | 3:24-cv-08095 | 11/18/2024 |
| J.G. | Hefferon | 3:25-cv-05983 | 7/16/2025 |
| J.G. | Grayson | 3:25-cv-10052 | 11/21/2025 |
| J.H. | Hanna | 3:25-cv-09698 | 11/11/2025 |
| J.H. | Mosley | 3:25-cv-05397 | 6/27/2025 |
| J.J.J. | Willis | 3:24-cv-08038 | 11/15/2024 |
| J.J.S. | Barnett | 3:24-cv-08037 | 11/15/2024 |
| J.L. | Lopez | 3:25-cv-10098 | 11/21/2025 |
| J.L. | Lair | 3:24-cv-07244 | 10/17/2024 |
| J.L. | Taylor | 3:24-cv-07246 | 10/17/2024 |
| J.L. | Louis | 3:25-cv-00154 | 1/6/2025 |
| J.M. * | Sherwood | 3:24-cv-07820 | 11/8/2024 |
| J.M. | McCormick | 3:24-cv-08096 | 11/18/2024 |
| J.M. | Mooney | 3:24-cv-08778 | 12/5/2024 |
| J.M. | Martin | 3:25-cv-03165 | 4/8/2025 |
| J.M. | Martinez Flores | 3:25-cv-10078 | 11/21/2025 |
| J.M.W. | Watkins | 3:24-cv-02832 | 2/1/2022 |
| J.P. | Aguyao | 3:24-cv-08518 | 11/26/2024 |
| J.R.L. | Lopez | 3:25-cv-05665 | 2/7/2024 |
| J.S. | Sanchez | 3:25-cv-09607 | 11/6/2025 |
| J.S. | Sauls | 3:25-cv-03196 | 4/9/2025 |
| J.S. | Daye | 3:24-cv-03816 | 6/26/2024 |
| J.S. | English | 3:24-cv-02476 | 3/22/2024 |
| J.T. | Swain | 3:25-cv-10014 | 11/20/2025 |
| J.T. | Stewart | 3:25-cv-10058 | 11/21/2025 |
| J.V. * | Vanostrad | 3:25-cv-02853 | 3/26/2025 |
| J.W. | Patrick | 3:25-cv-09337 | 10/30/2025 |
| J.W. | Gunness | 3:25-cv-10076 | 11/21/2025 |
| J.W.* | Wells | 3:25-cv-09242 | 10/28/2025 |
| J.Z. | Zizic | 3:24-cv-02475 | 3/22/2024 |
| K.B. | Tibert | 3:25-cv-01087 | 2/3/2025 |
| K.C. | Maxwell | 3:25-cv-07612 | 9/8/2025 |
| K.D. | Rice | 3:25-cv-06969 | 8/18/2025 |
| K.D. | Dixon | 3:25-cv-10038 | 11/20/2025 |
| K.E./K.A. | Echols | 3:25-cv-05704 | 2/7/2024 |
| K.E.W. | Washington | 3:24-cv-08039 | 11/15/2024 |

| | | | |
|---|---|---|---|
| K.F. | Farni | 3:25-cv-07200 | 8/26/2025 |
| K.F. | Jeanbaptiste | 3:24-cv-04698 | 8/2/2024 |
| K.J. | Jackson | 3:24-cv-05855 | 8/23/2024 |
| K.L.F. | Wathen | 3:24-cv-07487 | 10/28/2024 |
| K.M. | Monteiro | 3:25-cv-09853 | 11/15/2025 |
| K.M. | Maglinti | 3:24-cv-02829 | 12/22/2023 |
| K.R.* | Cooper | 3:25-cv-09284 | 10/29/2025 |
| K.S. | Johnson | 3:25-cv-02126 | 2/28/2025 |
| K.S. | Dozier | 3:25-cv-08383 | 10/1/2025 |
| K.T. | Li | 3:25-cv-10129 | 11/21/2025 |
| Knight-Smith, Amerus | Dozier | 3:25-cv-10123 | 11/21/2025 |
| L.A. | Akers | 3:25-cv-03814 | 5/1/2025 |
| L.B. | Bethea | 3:25-cv-09283 | 10/29/2025 |
| L.B. | Belgard | 3:24-cv-07212 | 10/16/2024 |
| L.C. | Flinch | 3:25-cv-09857 | 11/15/2025 |
| L.C.N. , etal. | Coulter | 3:24-cv-02485 | 3/8/2024 |
| L.E.R. | Reyes | 3:25-cv-01599 | 2/14/2025 |
| L.G. | Gallagher | 3:25-cv-08883 | 10/16/2025 |
| L.H. | Higgs | 3:25-cv-10064 | 11/21/2025 |
| L.J. | Jones | 3:25-cv-09253 | 10/28/2025 |
| L.J. | Starr-Jackson | 3:25-cv-09199 | 10/27/2025 |
| L.L. | Lyles | 3:25-cv-05700 | 3/8/2024 |
| L.M. | Malta | 3:25-cv-09232 | 10/27/2025 |
| L.M. | Miller | 3:24-cv-07187 | 10/15/2024 |
| L.M.L./L.P.L. | Lazarski | 3:25-cv-01137 | 2/4/2025 |
| L.P. | Oakley | 3:25-cv-03824 | 5/2/2025 |
| L.S. | Teixeira | 3:25-cv-10128 | 11/21/2025 |
| L.S. | Summer | 3:25-cv-10111 | 11/21/2025 |
| L.T.L. | Takacs | 3:25-cv-09298 | 10/29/2025 |
| L.V. | Vitale | 3:25-cv-09382 | 10/31/2025 |
| L.W. | Townsend | 3:24-cv-07488 | 10/28/2024 |
| L.W. | Williams | 3:25-cv-09386 | 10/31/2025 |
| L.W. | Wallace | 3:25-cv-03243 | 4/10/2025 |
| L.W. | Shelter | 3:24-cv-07247 | 10/17/2024 |
| L.W. | Wiseman | 3:25-cv-04577 | 5/30/2025 |
| L.W. | Waltz | 3:25-cv-05435 | 6/29/2025 |
| L.W.A. | Wright | 3:25-cv-09250 | 10/28/2025 |
| Lockwood, Elizabeth | Lockwood | 3:25-cv-10066 | 11/21/2025 |
| M.A. * | Ahmad | 3:24-cv-07213 | 10/16/2024 |
| M.B. | Tyeryar | 3:25-cv-10000 | 11/20/2025 |
| M.B. | Blanton | 3:25-cv-03544 | 4/23/2025 |
| M.B. | Brozana | 3:25-cv-01590 | 2/14/2025 |

| | | | |
|---|---|---|---|
| M.D. | Dominguez | 3:25-cv-09987 | 11/20/2025 |
| M.D. | Libardi | 3:25-cv-03471 | 4/18/2025 |
| M.D. | Palmer | 3:24-cv-08103 | 11/18/2024 |
| M.E. | Evans | 3:25-cv-10057 | 11/21/2025 |
| M.G. | Gilbert | 3:25-cv-02481 | 3/12/2025 |
| M.G. | Gurley | 3:25-cv-02268 | 3/5/2025 |
| M.H. | Amer | 3:24-cv-02827 | 11/22/2023 |
| M.H. | Henderson | 3:25-cv-04612 | 5/30/2025 |
| M.J. | Sinegal | 3:25-cv-09287 | 10/29/2025 |
| M.J. | Smith | 3:25-cv-09351 | 10/30/2025 |
| M.J. | Wright | 3:25-cv-03354 | 4/15/2025 |
| M.J. | Stewart | 3:24-cv-07009 | 10/7/2024 |
| M.M. | Mayfield | 3:25-cv-04852 | 6/9/2025 |
| M.M. | Mallory | 3:25-cv-05701 | 3/8/2024 |
| M.R. | Restrepo | 3:25-cv-02918 | 3/8/2025 |
| M.R., Jr. | Roese | 3:24-cv-08927 | 12/10/2024 |
| M.S.* | Wells | 3:25-cv-09306 | 10/29/2025 |
| M.S. | Gavidia | 3:25-cv-09999 | 11/20/2025 |
| M.S. | Stokes | 3:24-cv-08085 | 11/18/2024 |
| M.V. | Aldama | 3:25-cv-10063 | 11/21/2025 |
| M.W. | White | 3:25-cv-02482 | 3/12/2025 |
| M.Y. | Yates | 3:25-cv-09693 | 11/11/2025 |
| Miles, Matthew | | 3:25-cv-04898 | 6/10/2025 |
| N.A. | Alexander | 3:25-cv-04197 | 5/15/2025 |
| N.A. | Howard | 3:25-cv-09759 | 11/13/2025 |
| N.B. | Wojtkowiak | 3:25-cv-10102 | 11/21/2025 |
| N.B. | Burnett | 3:25-cv-09244 | 10/28/2025 |
| N.C. | Hauserman | 3:25-cv-09927 | 11/19/2025 |
| N.C. | Catia | 3:25-cv-09327 | 10/30/2025 |
| N.C. | Chavez | 3:24-cv-02483 | 3/22/2024 |
| N.C. | Cain | 3:25-cv-09384 | 10/31/2025 |
| N.D. | Daniels | 3:25-cv-07035 | 8/20/2025 |
| N.D.H.* | Halverson | 3:25-cv-02270 | 3/5/2025 |
| N.G. | Valle | 3:25-cv-09380 | 10/31/2025 |
| N.G. | Gudar | 3:25-cv-09951 | 11/19/2025 |
| N.G.H. | Hernandez | 3:25-cv-00852 | 3/8/2024 |
| N.H. | Heins & Kawasaki | 3:25-cv-10048 | 11/20/2025 |
| N.J.B. | Barr | 3:24-cv-07957 | 11/13/2024 |
| N.N.M. | Martin | 3:25-cv-05661 | 3/8/2024 |
| N.O. | O'Keefe | 3:25-cv-10126 | 11/21/2025 |
| N.P. | Haddock | 3:25-cv-09876 | 11/17/2025 |
| N.R. | Robinson | 3:24-cv-08105 | 11/18/2024 |

| N.R. | Lawrence | 3:25-cv-04116 | 5/13/2025 |
|---|---|---|---|
| N.S. | Stoerzinger | 3:25-cv-09035 | 10/21/2025 |
| N.T. | Tchassem | 3:25-cv-10021 | 11/20/2025 |
| N.V. | Vazquez | 3:25-cv-09968 | 11/19/2025 |
| N.V.* | Viskovic | 3:25-cv-09379 | 10/31/2025 |
| N.W. | Wynn | 3:24-cv-08519 | 11/26/2024 |
| N.W. | Whitefield | 3:25-cv-10120 | 11/21/2025 |
| O.A. | Adewumi | 3:25-cv-09545 | 11/5/2025 |
| O.M. | Mualem | 3:25-cv-06971 | 8/18/2025 |
| O.S./T.S. | Stokes | 3:25-cv-09419 | 10/31/2025 |
| O.T. | Rodriguez | 3:25-cv-10060 | 11/21/2025 |
| O.V. | Vasquez | 3:24-cv-01780 | 3/22/2024 |
| P.A. | Hyden | 3:24-cv-02484 | 1/9/2023 |
| P.G. | Petersen | 3:25-cv-05705 | 3/8/2024 |
| P.G. | Getchius | 3:25-cv-07113 | 8/22/2025 |
| P.G. / L.G. | Seaton | 3:25-cv-10116 | 11/21/2025 |
| P.O. | Oyedele | 3:25-cv-04578 | 5/30/2025 |
| P.T. | Thomas | 3:25-cv-09417 | 10/31/2025 |
| P.T. | Thomas | 3:25-cv-03455 | 4/18/2025 |
| P.W. | Williams | 3:25-cv-05401 | 6/27/2025 |
| Pierce, Steven | | 3:25-cv-06210 | 7/23/2025 |
| Q.N. | Gros | 3:25-cv-09269 | 10/28/2025 |
| R.D. | Duris | 3:25-cv-01039 | 1/31/2025 |
| R.D.I. | Isza | 3:25-cv-05694 | 3/8/2024 |
| R.E. | Epstein | 3:25-cv-09948 | 11/19/2025 |
| R.F. | Ferreira | 3:25-cv-03825 | 5/2/2025 |
| R.G. | Avila | 3:25-cv-09695 | 11/11/2025 |
| R.H. | McKenzie | 3:25-cv-10071 | 11/21/2025 |
| R.H. | Milner | 3:25-cv-09300 | 10/29/2025 |
| R.H.* | Cesaire | 3:25-cv-09389 | 10/31/2025 |
| R.J. | Abouelazm | 3:25-cv-08020 | 9/20/2025 |
| R.M.* | McDonald | 3:25-cv-09285 | 10/29/2025 |
| R.P. | Gajadhar | 3:25-cv-10133 | 11/21/2025 |
| R.R. | Vogt | 3:25-cv-10134 | 11/21/2025 |
| R.S.* | Frazier | 3:25-cv-09308 | 10/29/2025 |
| R.S. | Banks | 3:25-cv-05706 | 7/7/2025 |
| R.V.* | Velovic | 3:25-cv-09282 | 10/29/2025 |
| Ramczyk, Michael* | | 3:25-cv-10138 | 11/21/2025 |
| S.B. | McDuffie-Burrell | 3:25-cv-10136 | 11/21/2025 |
| S.B. | Boone | 3:25-cv-01158 | 2/4/2025 |
| S.B. | Belliu | 3:25-cv-10096 | 11/21/2025 |
| S.C. | Kormoski | 3:25-cv-05195 | 6/20/2025 |
| S.D. | Daniels | 3:25-cv-09034 | 10/21/2025 |

| | | | |
|---|---|---|---|
| S.D.M. | Hamberlin | 3:25-cv-01146 | 2/4/2025 |
| S.F. | Fiore | 3:25-cv-03197 | 4/9/2025 |
| S.J. | Jones | 3:24-cv-07215 | 10/16/2024 |
| S.J. | Perri | 3:25-cv-09985 | 11/20/2025 |
| S.K. | Kashton | 3:24-cv-06212 | 9/3/2024 |
| S.O. | Sarria-Moscoso | 3:25-cv-06200 | 7/23/2025 |
| S.P. | Robuste | 3:25-cv-10002 | 11/20/2025 |
| S.P. | Polo | 3:25-cv-10001 | 11/20/2025 |
| S.P.T. | Thompson | 3:25-cv-00731 | 1/22/2025 |
| S.S. | Rembert | 3:25-cv-09220 | 10/27/2025 |
| S.S. | Simmons | 3:25-cv-10087 | 11/21/2025 |
| S.T. | Richmond | 3:25-cv-09346 | 10/30/2025 |
| S.T.* | Towe | 3:25-cv-09395 | 10/31/2025 |
| Saunders, Nisag | | 3:25-cv-06943 | 8/15/2025 |
| Steans, Mya | Steans | 3:25-cv-00804 | 1/23/2025 |
| T.A.T. | Barnes | 3:24-cv-08040 | 11/15/2024 |
| T.B. | White | 3:25-cv-10073 | 11/21/2025 |
| T.B. | Ballard | 3:25-cv-09344 | 10/30/2025 |
| T.B. | Baker | 3:24-cv-07189 | 10/15/2024 |
| T.C. | Collier | 3:25-cv-10004 | 11/20/2025 |
| T.C. | Charite | 3:25-cv-09592 | 11/6/2025 |
| T.D. | Chaney | 3:25-cv-10016 | 11/20/2025 |
| T.D.L. | Snodey | 3:24-cv-07751 | 11/6/2024 |
| T.E. | Mosley | 3:24-cv-02830 | 12/21/2023 |
| T.E. | Edwards | 3:24-cv-08291 | 11/21/2024 |
| T.F. | Boyd | 3:24-cv-02548 | 3/20/2024 |
| T.G. | Gilliam-Garvins | 3:25-cv-09954 | 11/19/2025 |
| T.H. | Rivera | 3:25-cv-04596 | 5/30/2025 |
| T.I. | Gilmore | 3:25-cv-09309 | 10/29/2025 |
| T.J. | Buchanan | 3:24-cv-09514 | 12/31/2024 |
| T.M. | Kelley | 3:25-cv-03352 | 4/15/2025 |
| T.T. | Scott | 3:25-cv-08534 | 10/6/2025 |
| T.T. | Lamar | 3:24-cv-07216 | 10/16/2024 |
| Tircuit, Latavia | | 3:25-cv-07202 | 10/29/2025 |
| V.C. | Coccia | 3:25-cv-07120 | 8/22/2025 |
| V.C. | Taylor | 3:25-cv-10013 | 11/20/2025 |
| V.D. | Jarrett | 3:25-cv-09252 | 10/28/2025 |
| V.G.* | Gonzalez | 3:25-cv-09258 | 10/28/2025 |
| V.H. | Chapman | 3:25-cv-09761 | 11/13/2025 |
| V.R. | Krizan | 3:25-cv-08715 | 10/10/2025 |
| W.C. | Thorne | 3:25-cv-10006 | 11/20/2025 |
| W.D. | Padilla | 3:25-cv-07206 | 8/26/2025 |
| W.K. | Correa | 3:25-cv-08333 | 9/30/2025 |

| Watson, Troy | Pittman | 3:25-cv-06166 | 7/22/2025 |
|---|---|---|---|
| X.D. | Conrad | 3:25-cv-09256 | 10/28/2025 |
| Y.F. | Fernandez | 3:25-cv-01086 | 2/3/2025 |
| Z.B. | Porter | 3:25-cv-10008 | 11/20/2025 |
| Z.D.D. | Davis | 3:25-cv-05662 | 3/8/2024 |
| Z.F. | Reemsnyder | 3:25-cv-09851 | 11/15/2025 |
| Z.J. | Jolicoeur | 3:25-cv-01134 | 2/4/2025 |
| Z.W. | Wadsworth | 3:24-cv-02474 | 3/22/2024 |
| Z.W. | Wilder | 3:25-cv-04611 | 5/30/2025 |
| Z.W.G. | Garner | 3:24-cv-07958 | 11/13/2024 |
| Z.Z.* | Zhang | 3:25-cv-08596 | 10/8/2025 |

* Defendants believe subject matter jurisdiction may be absent in these cases. The parties are meeting and conferring and will file a joint statement regarding cases potentially lacking in subject matter jurisdiction at a later date.