**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 3:24-md-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

The Motion for Summary Judgment of Defendants Beech-Nut Nutrition Company, Gerber Products Company, Inc., The Hain Celestial Group, Inc., Nurture, LLC, Plum, PBC, Sprout Foods, Inc., The Campbell's Company, Walmart Inc., Amazon.com Services LLC, and Whole Foods Market Services, Inc. came for hearing on July 9, in Courtroom 8, 19th Floor of the above-entitled Court. Upon consideration of the submissions and arguments by the parties and the record as a whole, the Defendants' Motion for Summary Judgment as to all claims in this MDL in all the cases listed in Exhibit 2 to the Declaration of Livia Kiser is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Jacqueline S. Corley
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS'        CASE NO. 3:24-MD-3101-JSC
MOTION FOR SUMMARY JUDGMENT        MDL 3101