**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC |
| | MDL 3101 |
| This document relates to: | [PROPOSED] PRETRIAL ORDER NO. 21 |
| ALL ACTIONS | |

Pursuant to the stipulation of the parties, the Court enters the following orders:

1. Except as stated in this order, all cases in the MDL remain stayed until further order of the Court. Any request for relief relating to the Court's jurisdiction, including a motion to remand or a motion to dismiss based on lack of jurisdiction, or any motion to sever in the Watkins case, is excepted from this stay. Cases transferred to this MDL from the Judicial Panel on Multidistrict Litigation after the date of the parties' stipulation shall be automatically stayed pursuant to this paragraph.

2. Within 15 days of entry of the Court's order on Defendants' forthcoming summary judgment motion, the parties shall meet and confer and submit a joint plan regarding next steps with respect to cases that remain pending at that time, or if the parties cannot agree, simultaneous letter briefs of no more than five pages explaining each side's position.

/ / /

3.    By May 21, 2026, the parties shall file a joint submission identifying any cases where subject matter jurisdiction does not exist or is contested. Any plaintiff contesting jurisdiction shall bring an appropriate motion by May 28, 2026. The opposition will be due on June 22, 2026 and the reply will be due on July 3, 2026.

4.    At Plaintiffs' request, the Court will rule on the motion for leave to file a motion for reconsideration (Dkt. 682). If the motion for leave (Dkt. 682) is granted, the parties shall meet and confer regarding a proposed briefing schedule on the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: May 19, 2026    _____
**Honorable Jacqueline Scott Corley**
United States District Judge

STIPULATION REGARDING PRETRIAL ORDER NO. 20 AND [~~PROPOSED~~] PRETRIAL ORDER NO. 21
CASE NO. 24-MD-3101-JSC