# EXHIBIT 1



## Plaintiffs' Experts Agree Arora Shows No Statistically Significant Increased Risk After Appropriate Correction



**Dr. Howard Hu**
Epidemiology

Q.   Okay. So I want you to focus on the Bonferroni corrected confidence interval that is corrected for multiple comparisons, and I want you to  confirm for me that none of those are statistically significant in figure 4.

A.   **I would agree with that.**



**Dr. Tomas Guilarte**
Toxicology

Q.   And so when multiple comparisons are performed in an epidemiological study, for example, **a Bonferroni correction should be used** to decrease the likelihood of finding false associations due to chance, correct?

A.   **Correct.**

Q.   After correction from multiple comparisons, *there were no statistically significant associations* at any point in time between lead levels and ASD in the Arora study, correct?

A.   Based on this information, **correct.**

Case 3:24-md-03101-JSC     Document 701-4     Filed 12/19/25     Page 23 of 28

# Epidemiological Studies of Arsenic and Autism

**63**
**Original Studies**



Alampi 2021,
Skogheim 2021,
Doherty 2020,
Long 2019,
Dou 2024,
Tsai 2023,
Zhou 2025

**7** **Studies**

✅ Temporality

❌ Diagnosis

❌ Relevant period
of exposure



Skogheim 2021,
Dou 2024,
Long 2019

**3** **Studies**

✅ Temporality

✅ Diagnosis

❌ Relevant period
of exposure



**0**

**studies that meet temporality, diagnosis, and relevant period of exposure**

ECF No. 619, Ex.  7, Fombonne Report at 11-12; ECF No. 619, Ex. 9 State Report at 43-44                                                    22

Case 3:24-md-03101-JSC     Document 701-4     Filed 12/19/25     Page 24 of 28

## Epidemiological Studies of Lead and ADHD

**Study that meets temporality, diagnosis, and relevant period of exposure**



# Ji 2018 Lead and ADHD Study



- No association for blood lead levels <5 µ/dL
- No association for female children
- Failed to control for potential confounders such as genetics and socioeconomic status

**"One study never gets you to causation."**

**-Dr. Ritz**

## Number of Systematic Reviews and Meta-Analyses That Only Include Temporality Studies of Lead and Autism or ADHD

