# EXHIBIT 2

| Plaintiff | Guardian/ Representative | Docket No for SFC | Original Complaint Filing Date | Plaintiff's Counsel | Steering Committee Counsel (Y/N) |
|---|---|---|---|---|---|
| N.C. | Hauserman | 3:25-cv-09927 | 11/19/2025 | Chaffin Luhana, LLP | N* |
| A.M. | Miranda | 3:25-cv-09267 | 10/28/2025 | Dolman Russo, LLP | Y |
| A.T.R. | Takacs | 3:25-cv-09335 | 10/28/2025 | Dolman Russo, LLP | Y |
| A.T.R. | Takacs | 3:25-cv-09246 | 10/28/2025 | Dolman Russo, LLP | Y |
| B.B. | Harris | 3:25-cv-09305 | 10/29/2025 | Dolman Russo, LLP | Y |
| B.E. | Robinson | 3:25-cv-09001 | 10/20/2025 | Dolman Russo, LLP | Y |
| B.L. | Lora | 3:25-cv-09325 | 10/30/2025 | Dolman Russo, LLP | Y |
| B.P. | Page | 3:25-cv-09330 | 10/30/2025 | Dolman Russo, LLP | Y |
| D.B. | Barker | 3:25-cv-09247 | 10/28/2025 | Dolman Russo, LLP | Y |
| D.J. | Jolicoeur | 3:25-cv-09218 | 10/27/2025 | Dolman Russo, LLP | Y |
| D.M. | Morton | 3:25-cv-09223 | 10/27/2025 | Dolman Russo, LLP | Y |
| D.V. | Vidal | 3:25-cv-09339 | 10/30/2025 | Dolman Russo, LLP | Y |
| E.D. | Dempster | 3:25-cv-09245 | 10/28/2025 | Dolman Russo, LLP | Y |
| G.M. | Gavigan | 3:25-cv-09385 | 10/31/2025 | Dolman Russo, LLP | Y |
| I.H. | Milner | 3:25-cv-09301 | 10/29/2025 | Dolman Russo, LLP | Y |
| I.M. | Anahi Robles | 3:25-cv-09215 | 10/27/2025 | Dolman Russo, LLP | Y |
| J.B. | Blalock | 3:25-cv-09326 | 10/30/2025 | Dolman Russo, LLP | Y |
| J.W. | Patrick | 3:25-cv-09337 | 10/30/2025 | Dolman Russo, LLP | Y |
| J.W. | Wells | 3:25-cv-09242 | 10/28/2025 | Dolman Russo, LLP | Y |
| K.R. | Cooper | 3:25-cv-09284 | 10/29/2025 | Dolman Russo, LLP | Y |
| L.B. | Bethea | 3:25-cv-09283 | 10/29/2025 | Dolman Russo, LLP | Y |
| L.H. | Higgs | 3:25-cv-10064 | 11/21/2025 | Dolman Russo, LLP | Y |
| L.J. | Jones | 3:25-cv-09253 | 10/28/2025 | Dolman Russo, LLP | Y |
| L.J. | Starr-Jackson | 3:25-cv-09199 | 10/27/2025 | Dolman Russo, LLP | Y |
| L.T.L. | Takacs | 3:25-cv-09298 | 10/29/2025 | Dolman Russo, LLP | Y |
| L.W. | Williams | 3:25-cv-09386 | 10/31/2025 | Dolman Russo, LLP | Y |
| L.W.A. | Wright | 3:25-cv-09250 | 10/28/2025 | Dolman Russo, LLP | Y |
| M.J. | Sinegal | 3:25-cv-09287 | 10/29/2025 | Dolman Russo, LLP | Y |
| M.J. | Smith | 3:25-cv-09351 | 10/30/2025 | Dolman Russo, LLP | Y |
| M.S. | Wells | 3:25-cv-09306 | 10/29/2025 | Dolman Russo, LLP | Y |
| N.B. | Burnett | 3:25-cv-09244 | 10/28/2025 | Dolman Russo, LLP | Y |
| N.C. | Cain | 3:25-cv-09384 | 10/31/2025 | Dolman Russo, LLP | Y |
| N.C. | Catia | 3:25-cv-09327 | 10/30/2025 | Dolman Russo, LLP | Y |
| N.G. | Valle | 3:25-cv-09380 | 10/31/2025 | Dolman Russo, LLP | Y |
| N.V. | Viskovic | 3:25-cv-09379 | 10/31/2025 | Dolman Russo, LLP | Y* |
| Q.N. | Gros | 3:25-cv-09269 | 10/28/2025 | Dolman Russo, LLP | Y |
| R.H. | Cesaire | 3:25-cv-09389 | 10/31/2025 | Dolman Russo, LLP | Y |
| R.H. | Milner | 3:25-cv-09300 | 10/29/2025 | Dolman Russo, LLP | Y |
| R.M. | McDonald | 3:25-cv-09285 | 10/29/2025 | Dolman Russo, LLP | Y |
| R.S. | Frazier | 3:25-cv-09308 | 10/29/2025 | Dolman Russo, LLP | Y |
| R.V. | Velovic | 3:25-cv-09282 | 10/29/2025 | Dolman Russo, LLP | Y |
| S.S. | Rembert | 3:25-cv-09220 | 10/27/2025 | Dolman Russo, LLP | Y |
| S.T. | Richmond | 3:25-cv-09346 | 10/30/2025 | Dolman Russo, LLP | Y |
| S.T. | Towe | 3:25-cv-09395 | 10/31/2025 | Dolman Russo, LLP | Y |
| T.B. | Ballard | 3:25-cv-09344 | 10/30/2025 | Dolman Russo, LLP | Y |
| T.I. | Gilmore | 3:25-cv-09309 | 10/29/2025 | Dolman Russo, LLP | Y |
| V.D. | Jarrett | 3:25-cv-09252 | 10/28/2025 | Dolman Russo, LLP | Y |
| V.G. | Gonzalez | 3:25-cv-09258 | 10/28/2025 | Dolman Russo, LLP | Y |
| X.D. | Conrad | 3:25-cv-09256 | 10/28/2025 | Dolman Russo, LLP | Y |
| Z.Z. | Zhang | 3:25-cv-08596 | 10/8/2025 | Dolman Russo, LLP | Y |
| D.K. | Beaumont | 3:25-cv-10053 | 11/21/2025 | Justpoint, PLLC | N |
| J.G. | Grayson | 3:25-cv-10052 | 11/21/2025 | Justpoint, PLLC | N |
| J.T. | Stewart | 3:25-cv-10058 | 11/21/2025 | Justpoint, PLLC | N |

| | | | | | |
|---|---|---|---|---|---|
| K.D. | Dixon | 3:25-cv-10038 | 11/20/2025 | Justpoint, PLLC | N |
| M.D. | Dominguez | 3:25-cv-09987 | 11/20/2025 | Justpoint, PLLC | N |
| M.E. | Evans | 3:25-cv-10057 | 11/21/2025 | Justpoint, PLLC | N |
| N.T. | Tchassem | 3:25-cv-10021 | 11/20/2025 | Justpoint, PLLC | N |
| R.E. | Epstein | 3:25-cv-09948 | 11/19/2025 | Justpoint, PLLC | N |
| S.J. | Perri | 3:25-cv-09985 | 11/20/2025 | Justpoint, PLLC | N |
| V.C. | Taylor | 3:25-cv-10013 | 11/20/2025 | Justpoint, PLLC | N |
| C.H. | Heins & Kawasaki | 3:25-cv-10049 | 11/20/2025 | Motley Rice, LLC | Y |
| E.H. | Heins & Kawasaki | 3:25-cv-10050 | 11/20/2025 | Motley Rice, LLC | Y |
| N.H. | Heins & Kawasaki | 3:25-cv-10048 | 11/20/2025 | Motley Rice, LLC | Y |
| D.S. | Sorrentino | 3:25-cv-10109 | 11/21/2025 | Peiffer Wolf Carr Kane Conway & Wise | N |
| A.R. | Jackson | 3:25-cv-07623 | 9/8/2025 | Pendley, Baudin & Coffin, LLC | Y |
| D.W.M. | dos Santos | 3:25-cv-07626 | 9/8/2025 | Pendley, Baudin & Coffin, LLC | Y |
| I.B. | Height | 3:25-cv-07619 | 9/8/2025 | Pendley, Baudin & Coffin, LLC | Y |
| K.C. | Maxwell | 3:25-cv-07612 | 9/8/2025 | Pendley, Baudin & Coffin, LLC | Y |
| M.M. | Mayfield | 3:25-cv-04852 | 6/9/2025 | Pendley, Baudin & Coffin, LLC | Y |
| N.A. | Howard | 3:25-cv-09759 | 11/13/2025 | Pendley, Baudin & Coffin, LLC | Y |
| S.O. | Sarria-Moscoso | 3:25-cv-06200 | 7/23/2025 | Pendley, Baudin & Coffin, LLC | Y |
| V.H. | Chapman | 3:25-cv-09761 | 11/13/2025 | Pendley, Baudin & Coffin, LLC | Y |
| A.B.B. and A.B. | Bullock | 3:25-cv-08674 | 6/20/2025 | Pro se | N |
| A.A. | Jubrey | 3:25-cv-09855 | 11/15/2025 | Wagstaff Law Firm | Y |
| A.J. | Johnson | 3:25-cv-08718 | 10/10/2025 | Wagstaff Law Firm | Y |
| A.K. | Kovach | 3:25-cv-07301 | 8/29/2025 | Wagstaff Law Firm | Y |
| A.M. | Matela | 3:25-cv-09852 | 11/15/2025 | Wagstaff Law Firm | Y |
| A.N. | Naeger | 3:25-cv-10080 | 11/21/2025 | Wagstaff Law Firm | Y |
| A.P. | McGee | 3:25-cv-09995 | 11/20/2025 | Wagstaff Law Firm | Y |
| B.B. | Bostick | 3:25-cv-09576 | 11/6/2025 | Wagstaff Law Firm | Y |
| B.L. | Woods-Lloyd | 3:25-cv-10093 | 11/21/2025 | Wagstaff Law Firm | Y |
| C.C. | Carter | 3:25-cv-08371 | 10/1/2025 | Wagstaff Law Firm | Y |
| C.F. | Emmanuel | 3:25-cv-09854 | 11/15/2025 | Wagstaff Law Firm | Y |
| C.M. | Mann-Morgan | 3:25-cv-09996 | 11/20/2025 | Wagstaff Law Firm | Y |
| C.S. | Rodriguez | 3:25-cv-07299 | 8/29/2025 | Wagstaff Law Firm | Y |
| C.Y. | Ju Yu | 3:25-cv-05981 | 7/16/2025 | Wagstaff Law Firm | Y |
| D.F. | Fewell | 3:25-cv-09858 | 11/15/2025 | Wagstaff Law Firm | Y |
| D.M. | Miranda | 3:25-cv-08781 | 10/14/2025 | Wagstaff Law Firm | Y |
| D.M. | Thomas | 3:25-cv-09964 | 11/19/2025 | Wagstaff Law Firm | Y |
| D.S. | Sessa | 3:25-cv-09572 | 11/6/2025 | Wagstaff Law Firm | Y |
| E.W. | Walker | 3:25-cv-10018 | 11/20/2025 | Wagstaff Law Firm | Y |
| F.J. | Gentle | 3:25-cv-09856 | 11/15/2025 | Wagstaff Law Firm | Y |
| G.R. | Ramirez | 3:25-cv-09997 | 11/20/2025 | Wagstaff Law Firm | Y |
| G.T. | Tillman | 3:25-cv-09957 | 11/19/2025 | Wagstaff Law Firm | Y |
| H.H. | Grabowski | 3:25-cv-09699 | 11/11/2025 | Wagstaff Law Firm | Y |
| J.A. | Amiott | 3:25-cv-09859 | 11/15/2025 | Wagstaff Law Firm | Y |
| J.B. | Maragh | 3:25-cv-09961 | 11/19/2025 | Wagstaff Law Firm | Y |
| J.B. | Benge | 3:25-cv-05196 | 6/20/2025 | Wagstaff Law Firm | Y |
| J.C. | Perry | 3:25-cv-07237 | 8/27/2025 | Wagstaff Law Firm | Y |
| J.C. | Cordero | 3:25-cv-06968 | 8/18/2025 | Wagstaff Law Firm | Y |
| J.D. | De Lissio | 3:25-cv-09577 | 11/6/2025 | Wagstaff Law Firm | Y |
| J.G. | Hefferon | 3:25-cv-05983 | 7/16/2025 | Wagstaff Law Firm | Y |
| J.H. | Hanna | 3:25-cv-09698 | 11/11/2025 | Wagstaff Law Firm | Y |
| J.M.W. | Watkins | 3:24-cv-02832 | 7/7/2025 | Wagstaff Law Firm | Y |
| J.T. | Swain | 3:25-cv-10014 | 11/20/2025 | Wagstaff Law Firm | Y |
| K.D. | Rice | 3:25-cv-06969 | 8/18/2025 | Wagstaff Law Firm | Y |
| K.M. | Monteiro | 3:25-cv-09853 | 11/15/2025 | Wagstaff Law Firm | Y |
| L.C. | Flinch | 3:25-cv-09857 | 11/15/2025 | Wagstaff Law Firm | Y |
| L.G. | Gallagher | 3:25-cv-08883 | 10/16/2025 | Wagstaff Law Firm | Y |

| | | | | | |
|---|---|---|---|---|---|
| L.W. | Waltz | 3:25-cv-05435 | 6/29/2025 | Wagstaff Law Firm | Y |
| L.W. | Wiseman | 3:25-cv-04577 | 5/30/2025 | Wagstaff Law Firm | Y |
| Lockwood, Elizabeth | Lockwood | 3:25-cv-10066 | 11/21/2025 | Wagstaff Law Firm | Y |
| M.B. | Tyeryar | 3:25-cv-10000 | 11/20/2025 | Wagstaff Law Firm | Y |
| M.S. | Gavidia | 3:25-cv-09999 | 11/20/2025 | Wagstaff Law Firm | Y |
| M.Y. | Yates | 3:25-cv-09693 | 11/11/2025 | Wagstaff Law Firm | Y |
| N.G. | Gudar | 3:25-cv-09951 | 11/19/2025 | Wagstaff Law Firm | Y |
| N.P. | Haddock | 3:25-cv-09876 | 11/17/2025 | Wagstaff Law Firm | Y |
| N.S. | Stoerzinger | 3:25-cv-09035 | 10/21/2025 | Wagstaff Law Firm | Y |
| N.V. | Vazquez | 3:25-cv-09968 | 11/19/2025 | Wagstaff Law Firm | Y |
| O.A. | Adewumi | 3:25-cv-09545 | 11/5/2025 | Wagstaff Law Firm | Y |
| O.M. | Mualem | 3:25-cv-06971 | 8/18/2025 | Wagstaff Law Firm | Y |
| P.O. | Oyedele | 3:25-cv-04578 | 5/30/2025 | Wagstaff Law Firm | Y |
| R.G. | Avila | 3:25-cv-09695 | 11/11/2025 | Wagstaff Law Firm | Y |
| R.J. | Abouelazm | 3:25-cv-08020 | 9/20/2025 | Wagstaff Law Firm | Y |
| S.B. | Belliu | 3:25-cv-10096 | 11/21/2025 | Wagstaff Law Firm | Y |
| S.D. | Daniels | 3:25-cv-09034 | 10/21/2025 | Wagstaff Law Firm | Y |
| S.P. | Robuste | 3:25-cv-10002 | 11/20/2025 | Wagstaff Law Firm | Y |
| S.P. | Polo | 3:25-cv-10001 | 11/20/2025 | Wagstaff Law Firm | Y |
| S.S. | Simmons | 3:25-cv-10087 | 11/21/2025 | Wagstaff Law Firm | Y |
| T.B. | White | 3:25-cv-10073 | 11/21/2025 | Wagstaff Law Firm | Y |
| T.C. | Charite | 3:25-cv-09592 | 11/6/2025 | Wagstaff Law Firm | Y |
| T.C. | Collier | 3:25-cv-10004 | 11/20/2025 | Wagstaff Law Firm | Y |
| T.D. | Chaney | 3:25-cv-10016 | 11/20/2025 | Wagstaff Law Firm | Y |
| T.G. | Gilliam-Garvins | 3:25-cv-09954 | 11/19/2025 | Wagstaff Law Firm | Y |
| T.T. | Scott | 3:25-cv-08534 | 10/6/2025 | Wagstaff Law Firm | Y |
| V.R. | Krizan | 3:25-cv-08715 | 10/10/2025 | Wagstaff Law Firm | Y |
| W.C. | Thorne | 3:25-cv-10006 | 11/20/2025 | Wagstaff Law Firm | Y |
| Z.B. | Porter | 3:25-cv-10008 | 11/20/2025 | Wagstaff Law Firm | Y |
| Z.F. | Reemsnyder | 3:25-cv-09851 | 11/15/2025 | Wagstaff Law Firm | Y |
| A.A. | Alice | 3:25-cv-04695 | 6/4/2025 | Wallace Miller | Y |
| A.B. | Major | 3:25-cv-05400 | 6/27/2025 | Wallace Miller | Y |
| A.C. | Coker | 3:25-cv-10056 | 11/21/2025 | Wallace Miller | Y |
| A.H. | Luna | 3:25-cv-10081 | 11/21/2025 | Wallace Miller | Y |
| A.L. | Lewis | 3:25-cv-10101 | 11/21/2025 | Wallace Miller | Y |
| A.N. | Ngelale | 3:25-cv-10088 | 11/21/2025 | Wallace Miller | Y |
| B.D. | Dias | 3:25-cv-10061 | 11/21/2025 | Wallace Miller | Y |
| B.L. | Brown | 3:25-cv-10055 | 11/21/2025 | Wallace Miller | Y |
| D.A. | Armstrong | 3:25-cv-05524 | 7/1/2025 | Wallace Miller | Y |
| D.G. | Thomas | 3:25-cv-10092 | 11/21/2025 | Wallace Miller | Y |
| J.A.C. | Vazquez | 3:25-cv-10082 | 11/21/2025 | Wallace Miller | Y |
| J.C. | Britton | 3:25-cv-10095 | 11/21/2025 | Wallace Miller | Y |
| J.D. | Deprey | 3:25-cv-05390 | 6/27/2025 | Wallace Miller | Y |
| J.H. | Mosley | 3:25-cv-05397 | 6/27/2025 | Wallace Miller | Y |
| J.W. | Gunness | 3:25-cv-10076 | 11/21/2025 | Wallace Miller | Y |
| N.D. | Daniels | 3:25-cv-07035 | 8/20/2025 | Wallace Miller | Y |
| O.T. | Rodriguez | 3:25-cv-10060 | 11/21/2025 | Wallace Miller | Y |
| P.W. | Williams | 3:25-cv-05401 | 6/27/2025 | Wallace Miller | Y |
| S.C. | Kormoski | 3:25-cv-05195 | 6/20/2025 | Wallace Miller | Y |
| T.H. | Rivera | 3:25-cv-04596 | 5/30/2025 | Wallace Miller | Y |
| A.A. | Atkinson | 3:25-cv-10104 | 11/21/2025 | Wisner Baum, LLP | Y |
| A.E. | Bridge | 3:25-cv-09416 | 10/31/2025 | Wisner Baum, LLP | Y |
| A.F. | Finnegan | 3:25-cv-09509 | 11/4/2025 | Wisner Baum, LLP | Y |
| A.G. | Glover | 3:25-cv-10113 | 11/21/2025 | Wisner Baum, LLP | Y |
| A.K. | Correa | 3:25-cv-08334 | 9/30/2025 | Wisner Baum, LLP | Y |
| A.M./M.M. | Mora | 3:25-cv-10097 | 11/21/2025 | Wisner Baum, LLP | Y |

| | | | | | |
|---|---|---|---|---|---|
| B.D./J.D. | Doyle | 3:25-cv-09610 | 11/6/2025 | Wisner Baum, LLP | Y |
| B.E. | Liddell | 3:25-cv-10122 | 11/21/2025 | Wisner Baum, LLP | Y |
| Brown, Jahleel | Brown | 3:25-cv-08854 | 10/15/2025 | Wisner Baum, LLP | Y |
| C.D. | Miller | 3:25-cv-10130 | 11/21/2025 | Wisner Baum, LLP | Y |
| C.J. | Jones | 3:25-cv-08384 | 10/1/2025 | Wisner Baum, LLP | Y |
| C.L. | Cole | 3:25-cv-10090 | 11/21/2025 | Wisner Baum, LLP | Y |
| D.L. | Tackett | 3:25-cv-08332 | 9/30/2025 | Wisner Baum, LLP | Y |
| Dunn, Amari | Dunn | 3:25-cv-05653 | 7/3/2025 | Wisner Baum, LLP | Y |
| G.C. | Lockett | 3:25-cv-10117 | 11/21/2025 | Wisner Baum, LLP | Y |
| G.G. | Gardner | 3:25-cv-10127 | 11/21/2025 | Wisner Baum, LLP | Y |
| H.P. | Poston | 3:25-cv-10131 | 11/21/2025 | Wisner Baum, LLP | Y |
| Harding, Isaiah | Caffery | 3:25-cv-08729 | 10/10/2025 | Wisner Baum, LLP | Y |
| I.P. | Perez | 3:25-cv-10124 | 11/21/2025 | Wisner Baum, LLP | Y |
| I.R. | Riggs | 3:25-cv-10112 | 11/21/2025 | Wisner Baum, LLP | Y |
| J.A. | McNally | 3:25-cv-09228 | 10/27/2025 | Wisner Baum, LLP | Y |
| J.C. | Barry | 3:25-cv-10135 | 11/21/2025 | Wisner Baum, LLP | Y |
| J.D. | Gellinger | 3:25-cv-05006 | 6/12/2025 | Wisner Baum, LLP | Y |
| J.L. | Lopez | 3:25-cv-10098 | 11/21/2025 | Wisner Baum, LLP | Y |
| J.M. | Martinez Flores | 3:25-cv-10078 | 11/21/2025 | Wisner Baum, LLP | Y |
| J.S. | Sanchez | 3:25-cv-09607 | 11/6/2025 | Wisner Baum, LLP | Y |
| K.F. | Farni | 3:25-cv-07200 | 8/26/2025 | Wisner Baum, LLP | Y |
| K.S. | Dozier | 3:25-cv-08383 | 10/1/2025 | Wisner Baum, LLP | Y |
| K.T. | Li | 3:25-cv-10129 | 11/21/2025 | Wisner Baum, LLP | Y |
| Knight-Smith, Ameru | Dozier | 3:25-cv-10123 | 11/21/2025 | Wisner Baum, LLP | Y |
| L.M. | Malta | 3:25-cv-09232 | 10/27/2025 | Wisner Baum, LLP | Y |
| L.S. | Summer | 3:25-cv-10111 | 11/21/2025 | Wisner Baum, LLP | Y |
| L.S. | Teixeira | 3:25-cv-10128 | 11/21/2025 | Wisner Baum, LLP | Y |
| L.V. | Vitale | 3:25-cv-09382 | 10/31/2025 | Wisner Baum, LLP | Y |
| M.H. | Henderson | 3:25-cv-04612 | 5/30/2025 | Wisner Baum, LLP | Y |
| M.V. | Aldama | 3:25-cv-10063 | 11/21/2025 | Wisner Baum, LLP | Y |
| Miles, Matthew | | 3:25-cv-04898 | 6/10/2025 | Wisner Baum, LLP | Y |
| N.B. | Wojtkowiak | 3:25-cv-10102 | 11/21/2025 | Wisner Baum, LLP | Y |
| N.O. | O'Keefe | 3:25-cv-10126 | 11/21/2025 | Wisner Baum, LLP | Y |
| N.W. | Whitefield | 3:25-cv-10120 | 11/21/2025 | Wisner Baum, LLP | Y |
| O.S./T.S. | Stokes | 3:25-cv-09419 | 10/31/2025 | Wisner Baum, LLP | Y |
| P.G. | Getchius | 3:25-cv-07113 | 8/22/2025 | Wisner Baum, LLP | Y |
| P.G. / L.G. | Seaton | 3:25-cv-10116 | 11/21/2025 | Wisner Baum, LLP | Y |
| P.T. | Thomas | 3:25-cv-09417 | 10/31/2025 | Wisner Baum, LLP | Y |
| Pierce, Steven | | 3:25-cv-06210 | 7/23/2025 | Wisner Baum, LLP | Y |
| R.H. | McKenzie | 3:25-cv-10071 | 11/21/2025 | Wisner Baum, LLP | Y |
| R.P. | Gajadhar | 3:25-cv-10133 | 11/21/2025 | Wisner Baum, LLP | Y |
| R.R. | Vogt | 3:25-cv-10134 | 11/21/2025 | Wisner Baum, LLP | Y |
| R.S. | Banks | 3:25-cv-05706 | 7/7/2025 | Wisner Baum, LLP | Y |
| Ramczyk, Michael | | 3:25-cv-10138 | 11/21/2025 | Wisner Baum, LLP | Y |
| S.B. | McDuffie-Burrell | 3:25-cv-10136 | 11/21/2025 | Wisner Baum, LLP | Y |
| Saunders, Nisag | | 3:25-cv-06943 | 8/15/2025 | Wisner Baum, LLP | Y |
| Tircuit, Latavia | | 3:25-cv-07202 | 10/29/2025 | Wisner Baum, LLP | Y |
| V.C. | Coccia | 3:25-cv-07120 | 8/22/2025 | Wisner Baum, LLP | Y |
| W.D. | Padilla | 3:25-cv-07206 | 8/26/2025 | Wisner Baum, LLP | Y |
| W.K. | Correa | 3:25-cv-08333 | 9/30/2025 | Wisner Baum, LLP | Y |
| Watson, Troy | Pittman | 3:25-cv-06166 | 7/22/2025 | Wisner Baum, LLP | Y |
| Z.W. | Wilder | 3:25-cv-04611 | 5/30/2025 | Wisner Baum, LLP | Y |

* Though not on the steering committee, counsel has represented Plaintiffs in the MDL since as early as September 2024