UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No.  24-md-03101-JSC |
| _____ | |
| This document relates to: | **PROPOSED AGENDA FOR AUGUST 13, 2026 HEARING** |
| ALL ACTIONS | |

The following is the Court's proposed agenda for the August 13, 2026 hearing on the pending motion to remand and motion for summary judgment:

1. Watkins' Second Motion to Remand, (Dkt. No. 736)

    • The parties shall be prepared to discuss the Ninth Circuit's decision in *City of Oakland v. BP PLC*, 969 F.3d 895 (9th Cir. 2020);

2. Subject-Matter Jurisdiction in *VanOstrand v. Beech-Nut*, 25-2853, (Dkt. No. 733);

3. Defendants' Motion for Summary Judgment, (Dkt. No. 728);

4. Finality for Purposes of Appeal;

5. Recently Transferred Cases

    • Subject-Matter Jurisdiction

    • Status;

6. Plaintiffs Steering Committee;

7. Any other matters the parties wish to discuss.

//

//

//

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 11, 2026

JACQUELINE SCOTT CORLEY
United States District Judge