# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 13, 2026 **Time:** 00:55

**Judge:** Jacqueline Scott Corley

**Case Number:** 24-md-03101-JSC

**Case Name:** In Re: Baby Food Products Liability Litigation

**Deputy Clerk:** Ada Means **Court Reporter:** Kelly Shainline

### PROCEEDINGS

Motions hearing re: Plaintiffs' Motion to Remand and further case management conference held.

The Court will issue an order to confirm the deadlines as discussed.