UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL ACTIONS

Case No. 24-md-03101-JSC

**PRETRIAL ORDER NO. 22**

This Order confirms the matters discussed on August 13, 2026, following the hearing on Defendants' motion for summary judgment and Watkins' second motion to remand.

By **September 3, 2026,** Plaintiffs shall provide to Defendants a list of cases in which they have alleged additional injuries beyond the development of ASD/ADHD, as well as cases in which the plaintiff has alleged any injuries based on consumption of infant formula. After the list of cases has been provided, the parties shall meet and confer, and by **September 16, 2026**, propose a date for a case management conference with the Court to discuss next steps. One week before the case management conference, the parties shall file an updated joint case management conference statement that includes a list of cases for which summary judgment, and partial summary judgment, will be granted.

By **September 3, 2026**, Plaintiff in *VanOstrand v. Beech-Nut*, 25-cv-2853, shall submit a brief addressing whether the Court has federal question jurisdiction. By **September 17, 2026**, Defendants shall file a response brief. Each brief shall not exceed ten (10) pages. The Court will take the matter under submission at that time.

//

//

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 14, 2026

JACQUELINE SCOTT CORLEY
United States District Judge