BROOKE KILLIAN KIM, SBN 239298
brooke.kim@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92101-2133
Telephone: 619.699.3439
Facsimile: 619.699.2701

*Attorney for Defendant Nurture, LLC*
*and Liaison Counsel for Defendants*

AIMEE H. WAGSTAFF, SBN 278480
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361

*Attorneys for Plaintiffs*
*and Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC |
| | MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **PROPOSAL OF DATE FOR CASE MANAGEMENT CONFERENCE PURSUANT TO PRETRIAL ORDER NO. 22** |

**THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Pretrial Order No. 22, the Parties have met and conferred regarding Plaintiffs' list of cases in which Plaintiffs' Leadership contends the plaintiff (1) claims an injury other than autism or ADHD, or (2) claims an injury from use of infant formula, in addition to baby food. *See* Ex. A. Defendants believe that Plaintiffs' list is inaccurate. The parties continue to meet and confer regarding that list and as to next steps in the MDL, and jointly propose a further status conference on October 15, 2026, subject to the Court's availability, with a status report due five days in advance.

Respectfully submitted,

Dated: September 16, 2026

DLA PIPER LLP (US)

By: */s/ Brooke K. Kim*
Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

Dated: September 16, 2026

WAGSTAFF LAW FIRM

By: */s/ Aimee H. Wagstaff*
Aimee H. Wagstaff (CA Bar No. 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
E-mail: awagstaff@wagstafflawfirm.com

*Liaison Counsel for Plaintiffs*

Dated: September 16, 2026

WISNER BAUM LLP

By: */s/ Brent Wisner*
Brent Wisner (CA Bar No. 276023)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025

Telephone: (310) 207-3233
E-mail: rbwisner@wisnerbaum.com

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026 a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Aimee H. Wagstaff*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Aimee H. Wagstaff*