United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL ACTIONS

Case No. 3:24-md-03101-JSC

**PRETRIAL ORDER NO. 23**

This Order confirms the matters discussed at the October 14, 2026 status conference and AMENDS Pretrial Order No. 21.

By **October 28, 2026**, Plaintiffs shall confirm whether a counsel from Plaintiffs' MDL leadership filed all of the cases listed on Exhibit B to Docket No. 785. By the same date, the parties shall file a stipulation as to their agreement that the cases listed on Exhibit B should remain part of this MDL and be stayed pending the Ninth Circuit's resolution of the forthcoming appeal.

By **November 13, 2026**, the parties shall meet and confer regarding the cases transferred to the MDL since November 21, 2025 and file a list identifying each case. The filing shall also confirm that there is diversity subject matter jurisdiction for each listed case; for any case in which there is not diversity jurisdiction, the filing shall identify the basis for federal subject matter jurisdiction or recommend that the Court enter a suggestion of remand for lack of subject matter jurisdiction. If the basis for jurisdiction is something other than diversity jurisdiction, the parties shall address why they believe federal subject matter jurisdiction exists. All cases transferred to the MDL since November 21, 2025 are stayed pursuant to stipulation. (Dkt. No. 732.)

United States District Court
Northern District of California

By **December 14, 2026**, the parties shall meet and confer regarding the cases listed on Exhibit C to Docket No. 785, and either file a joint proposal as to how they recommend the Court proceed in light of the discussion at the October 14, 2026 further status conference, or if they do not agree, contact the Courtroom Deputy to arrange a time for a Zoom status conference.

**IT IS SO ORDERED.**

Dated: October 14, 2026

JACQUELINE SCOTT CORLEY
United States District Judge