BROOKE KILLIAN KIM, SBN 239298
brooke.kim@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92101
Telephone: 619.699.3439

*Attorney for Defendant Nurture, LLC and Liaison Counsel for Defendants*

AIMEE H. WAGSTAFF, SBN 278480
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360

*Attorneys for Plaintiffs and Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 3101<br><br>Case No. 24-md-3101-JSC<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT STIPULATION PURSUANT TO PRETRIAL ORDER NO. 23** |

**TO THE COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS:**

In Pretrial Order No. 23, the Court ordered the Parties to file a stipulation as to their agreement that the cases listed on Exhibit B should remain part of this MDL and be stayed pending the Ninth Circuit's resolution of the forthcoming appeal. The Parties have met and conferred regarding the stipulation since the Court issued Pretrial Order No. 23 and continue to work through outstanding issues. The parties believe they would benefit from additional time to meet and confer. Accordingly, the Parties request an extension through November 13, 2026 to submit the stipulation.

Respectfully submitted,

Dated: October 28, 2026

DLA PIPER LLP (US)

By: /s/ Brooke Killian Kim
Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

Dated: October 28, 2026

WAGSTAFF LAW FIRM

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff (CA Bar No. 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: (303) 376-6360
E-mail: awagstaff@wagstafflawfirm.com

*Liaison Counsel for Plaintiffs*