**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 3101<br><br>Case No. 24-md-3101-JSC<br><br>**~~[PROPOSED]~~ ORDER EXTENDING TIME TO SUBMIT STIPULATION PURSUANT TO PRETRIAL ORDER NO. 23** |

Having considered the parties' Joint Request for Extension of Time to Submit the Stipulation Pursuant to Pretrial Order No. 23, and good cause appearing, IT IS HEREBY ORDERED that:

The deadline for the parties to submit the Stipulation regarding Exhibit B pursuant to Pretrial Order No. 23 is November 13, 2026.

**IT IS SO ORDERED.**

Dated: October 30, 2026

Jacqueline Scott Corley

Hon. Jacqueline Scott Corley
United States District Judge