BROOKE KILLIAN KIM, SBN 239298
brooke.kim@dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92101-2133
Telephone: 619.699.3439
Facsimile: 619.699.2701

*Attorney for Defendant Nurture, LLC*
*and Liaison Counsel for Defendants*

R. BRENT WISNER, SBN 276023
rbwisner@wisnerbaum.com
WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233

AIMEE H. WAGSTAFF, SBN 278480
awagstaff@wagstafflawfirm.com
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361

*Co-Lead Counsel and Liaison for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY INFANT FORMULA CLAIMS PENDING APPEAL OF THE COURT'S F.R.E. RULE 702/*DAUBERT* RULING**<br><br>Judge: Hon. Jacqueline Scott Corley |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Pretrial Order No. 23, Plaintiffs and Defendants (together, the "Parties"), through their Co-Lead and Liaison Counsel, submit this Joint Stipulation. The Parties stipulate to stay the infant formula claims of the plaintiffs listed on Exhibit B to the Parties' Joint Case Management Conference Statement Pursuant to Pretrial Order No. 22 (Dkt. 785) while the appeal of the Court's February 2026 Order excluding Plaintiffs' expert witnesses (Dkt. 710) is pending before the United States Court of Appeals for the Ninth Circuit. Plaintiffs' Co-Lead Counsel confirmed that each Plaintiff listed on Exhibit B is represented by a law firm on the Court's leadership committee.

In February 2026, the Court issued an Order to exclude Plaintiffs' expert witnesses on general causation as to autism and ADHD (the "Rule 702 Order") (Dkt. 710).

Pursuant to Pretrial Order No. 22, the Parties met and conferred regarding the cases for which summary judgment, and partial summary judgment, will be granted, and on October 12, 2026, filed a Joint Case Management Conference Statement (Dkt. 785).

The plaintiffs listed on Exhibit B to that Statement (the "Exhibit B Plaintiffs") also assert claims relating to infant formula, and the Parties agree that partial summary judgment is appropriate as to all of the Exhibit B Plaintiffs' claims except their claims relating to infant formula (the "Infant Formula Claims").

Plaintiffs intend to appeal the Rule 702 Order to the Ninth Circuit (the "Appeal"). Whether they decide to pursue their stayed infant formula claim will depend on how the Ninth Circuit decides the Appeal.

The Parties stipulate and agree that the Infant Formula Claims should be stayed in this District Court pending resolution of the Appeal.

The parties further stipulate and agree that following resolution of the Appeal, the Parties will meet and confer and present a proposal to this Court sixty (60) days after the Ninth Circuit issues its mandate in the Appeal, addressing the Ninth Circuit's ruling and proposing how the Infant Formula Claims should thereafter proceed. The parties further stipulate and agree that any Party may move to lift the stay for good cause, including if the Appeal is dismissed or withdrawn.

The Parties also agree that a stay of the Infant Formula Claims will conserve the resources of the Court and the Parties, avoid duplicative or potentially unnecessary proceedings, and permit the Infant Formula Claims to proceed in an informed manner once the Ninth Circuit has ruled, and that no Party will suffer prejudice from the stay.

The Parties submit that a district court has broad discretion to stay proceedings incident to its power to control its own docket. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109–12 (9th Cir. 2005); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). In deciding whether to grant a stay, courts weigh (1) the possible damage that may result from a stay, (2) the hardship or inequity a party may suffer if required to go forward, and (3) the orderly course of justice, measured by simplifying or complicating issues, proof, and questions of law. *CMAX*, 300 F.2d at 268. The Parties submit that separating out Plaintiffs' Infant Formula Claims risks creating impermissible claim splitting, as "[p]laintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time. . . and against the same defendant.'" *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), overruled in part on other grounds by *Taylor v. Sturgell*, 553 U.S. 880 (2008), and avoiding claim splitting promotes the orderly course of justice by simplifying the issues.

The parties respectfully request that the Court enter this Stipulation.

Respectfully submitted,

Dated: November 13, 2026

DLA PIPER LLP (US)

By: *<u>/s/ Brooke K. Kim</u>*
Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com
*Liaison Counsel for Defendants*

/ / /

/ / /

/ / /

Dated: November 13, 2026

WAGSTAFF LAW FIRM

By: */s/ Aimee H. Wagstaff*

Aimee H. Wagstaff (CA Bar No. 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: (303) 376-6360
E-mail: awagstaff@wagstafflawfirm.com

Dated: November 13, 2026

WISNER BAUM LLP

By: */s/ R. Brent Wisner*

R. Brent Wisner (CA Bar No. 276023)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
E-mail: rbwisner@wisnerbaum.com

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026 a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Brooke Killian Kim*
Brooke Killian Kim

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Brooke Killian Kim*
Brooke Killian Kim

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS ORDERED that:

1. All proceedings on the infant formula claims of the plaintiffs listed on Exhibit B to the Parties' Joint Case Management Conference Statement (Dkt. 785) are STAYED pending the issuance of the Ninth Circuit's mandate in the appeal of the Court's Daubert Order (Dkt. 710).
2. Within 60 days after the Ninth Circuit issues its mandate, the Parties shall submit a joint case management conference statement addressing the Ninth Circuit's ruling and proposing how those claims should proceed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________________
HON. JACQUELINE SCOTT CORLEY
United States District Judge