BROOKE KILLIAN KIM, SBN 239298
brooke.kim@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92101-2133
Telephone: 619.699.3439
Facsimile: 619.699.2701

*Attorney for Defendant Nurture, LLC and Liaison Counsel for Defendants*

AIMEE H. WAGSTAFF, SBN 278480
awagstaff@wagstafflawfirm.com
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: 303.376.6360
Facsimile: 303.376.6361

*Attorneys for Plaintiffs and Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC |
| This document relates to: ALL ACTIONS | MDL 3101 |
| | **JOINT FILING REGARDING SUBJECT MATTER JURISDICTION FOR CASES FILED AFTER NOVEMBER 21, 2025 AND [PROPOSED] ORDER LIFTING PLEADING STAY TO FILE SHORT FORM COMPLAINT IN *C.L. v. BEECH-NUT NUTRITION CO.*, 3:26-cv-01846** |

On October 14, 2026, the Court entered Pretrial Order No. 23 ordering the parties to file a list of MDL cases filed after November 21, 2025 and for each, to confirm the existence of subject matter jurisdiction, identify the basis for federal subject matter jurisdiction, or recommend that the Court enter a suggestion of remand for lack of subject matter jurisdiction.

Attached as Exhibit D is a list of all MDL cases filed after November 21, 2025. To the best of the parties understanding at this time, subject matter jurisdiction exists in each case on the basis of diversity jurisdiction. In *C.L., et al. v. Beech-Nut Nutrition Co., et al.*, 3:26-cv-01846, 41 plaintiffs filed suit against 14 defendants. These plaintiffs, however, have not yet filed individual short form complaints, as required by PTO 5, because of the ongoing pleading stay. The parties request that the pleading stay be lifted to permit the plaintiffs in *C.L.* to file short form complaints. Plaintiffs agree to do so within 60 days. The filing of short form complaints will clarify the existence of subject matter jurisdiction as to each plaintiff's claims in this complaint. The parties propose filing an additional statement regarding subject matter jurisdiction as to the plaintiffs in the *C.L.* case within 30 days of the plaintiffs in *C.L.* filing short form complaints.

Respectfully submitted,

Dated: November 13, 2026

DLA PIPER LLP (US)

By: */s/ Brooke K. Kim*

Brooke Killian Kim (CA Bar No. 239298)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-3439
Facsimile: (858) 677-1401
E-mail: brooke.kim@dlapiper.com

*Liaison Counsel for Defendants*

/ / /

/ / /

/ / /

/ / /

Dated: November 13, 2026

WAGSTAFF LAW FIRM

By: */s/ Aimee H. Wagstaff*

Aimee H. Wagstaff (CA Bar No. 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
E-mail: awagstaff@wagstafflawfirm.com

*Liaison Counsel for Plaintiffs*

Dated: November 13, 2026

WISNER BAUM LLP

By: */s/ Brent Wisner*

Brent Wisner (CA Bar No. 276023)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
E-mail: rbwisner@wisnerbaum.com

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER LIFTING PLEADING STAY TO PERMIT FILING OF SHORT FORM COMPLAINTS IN *C.L. v. BEECH-NUT NUTRITION CO.*, 3:26-cv-01846** |

Pursuant to the joint submission of the parties, the Court hereby ORDERS that the pleading stay applicable to cases in this MDL filed after November 21, 2026 shall be lifted in *C.L., et al. v. Beech-Nut Nutrition Co., et al.*, 3:26-cv-01846, for the sole purpose of permitting each plaintiff in that action to file a short form complaint, pursuant to PTO 5. Plaintiffs in *C.L.* shall have 60 days from entry of this Order to file a short form complaint.

**IT IS SO ORDERED.**

Dated:

______________________________
**Honorable Jacqueline S. Corley**
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026 a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Brooke Killian Kim*
Brooke Killian Kim

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

*/s/ Brooke Killian Kim*
Brooke Killian Kim